# CASE NO. 15-51164

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CRISTOBAL VELASQUEZ, also known as Little Chris; RAUL RODRIGUEZ, also known as Fat Boy; GEORGE SANCHEZ, also known as Curious; MIKE CASSIANO

Defendants - Appellants

---

On appeal from the United States District Court for the
Western District of Texas, Del Rio Division
No. DR:11-CR-01781-AM-3
Honorable Alia Moses

———————————

## RECORD EXCERPTS

CASE J. DARWIN
Texas Bar No. 24059649
Law Office of Case J. Darwin, Inc.
Attorney for the appellant
14622 Jones Maltsberger, Bld. A
San Antonio, TX 78247
Tel: (210) 630-4780
Fax: (210) 855-7334

# TABLE OF CONTENTS

Table of Contents and Certificate of Service .....................................................Page 2

Docket Sheet.........................................................................Tab 1/ROA.3885-3905

Indictment ...............................................................................Tab 2/ROA.4637-69

Jury Verdict.............................................................................Tab 3/ROA.4582-83

Judgment.................................................................................Tab 4/ROA.4618-24

Notice of Appeal .....................................................................Tab 5/ROA.4611-12

# CERTIFICATE OF SERVICE

I hereby certify that, on this 13 day of June, 2017, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following e-mail address:

joseph.Gay@usdoj.gov.

Signed this 13 day of June, 2017.

/s/ Case J. Darwin_____
CASE J. DARWIN

# Record Excerpt 1

APPEAL

# U.S. District Court [LIVE]
## Western District of Texas (Del Rio)
## CRIMINAL DOCKET FOR CASE #: 2:11-cr-01781-AM-3

Case title: USA v. Rodriguez, et al                    Date Filed: 09/28/2011
Other court case number:  15-51164 5th Circuit

Assigned to: Judge Alia Moses

Appeals court case number:
15-51164 5th Circuit

### Defendant (3)

**Cristobal Velasquez**            represented by   **Case J. Darwin**
*also known as*                                    Case Darwin & Associates
Little Cris                                         14622 Jones Maltsberger
                                                   Building A
                                                   San Antonio, TX 78247
                                                   (210) 630-4780
                                                   Fax: 2108557334
                                                   Email: casejdarwin@hotmail.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: CJA Appointment*

                                                   **Gary A. Villarreal**
                                                   Law Office of Gary A. Villarreal
                                                   457 Jefferson Street
                                                   735 W.Hollywood, San Antonio, Tx 78212
                                                   Eagle Pass, TX 78852
                                                   210-584-1304
                                                   Fax: 210-358-7328
                                                   Email: trcrn@hotmail.com
                                                   *TERMINATED: 12/09/2015*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: CJA Appointment*

### Pending Counts                                 ### Disposition

18:1962(c)(d) - CONSPIRACY TO                      Sentenced to Life imprisonment to run concurrently to
VIOLATE RICO; EXTORTION,                           counts 3 and 4; credit for time served; 5 years
RACKETEERING, AND                                  supervised release to run concurrently to counts 3 and
THREATS                                            4; Fine Waived; $100 Special Assessment
(1)

18:1952(a)(5) - VIOLENT CRIME                      Sentenced to 120 months imprisonment to run
IN AID OF RACKETEERING                             concurrently to counts 1 and 4; Credit for time served ;
(3)                                                3 years supervised release to run concurrently to

15-51164.3885

18:1959(a)(1); 18:2 - VIOLENT
CRIME IN AID OF
RACKETEERING
(4)

counts 1 and 4; Fine Waived; $100 Special
Assessment

Sentenced to Life imprisonment to run concurrently to
counts 1 and 3; credit for time served; 5 years
supervised release to run concurrently to counts 1 and
3; Fine Waived; $100 Special Assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level
(Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**                                     represented by     **Erica Benites Giese**
                                                            U.S. Attorney's Office
                                                            601 NW Loop 410
                                                            Suite 600
                                                            San Antonio, TX 78216
                                                            (210) 384-7150
                                                            Fax: (210) 384-7118
                                                            Email: erica.giese@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joseph H. Gay , Jr.**
                                                            Assistant U.S. Attorney
                                                            601 N.W. Loop 410
                                                            Suite 600
                                                            San Antonio, TX 78216
                                                            (210) 384-7030
                                                            Fax: 210 384-7031
                                                            Email: Joseph.Gay@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew Harry Watters**
                                                            US Attorney's Office
                                                            111 E. Broadway, Suite 300
                                                            Del Rio, TX 78840

(830) 703-2025
Email: matthew.watters@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Paul Burke**
U.S. Attorney's Office
111 E. Broadway St., Suite 300
Del Rio, TX 78840
830-703-3077
Email: patrick.burke@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ralph Anthony Paradiso**
United States Attorney's Office
111 E. Broadway, Suite 300
Del Rio, TX 78840
(830) 703-2025
Email: ralph.paradiso@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2011 | 1 (p.3906) | MOTION to Seal Indictment by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata. (cch, ) (Entered: 09/29/2011) |
| 09/28/2011 | 2 (p.3910) | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to Raul Rodriguez (1) count(s) 1, 2, Mike Cassiano (2) count(s) 1, 3, 5, Cristobal Velasquez (3) count(s) 1, 3, 4, Sotero Rodriguez Martinez (4) count(s) 1, 5, 7, Chuco Mario Martinez (5) count(s) 1, 3, Larry Munoz, Jr (6) count(s) 1, 7, Jose Andres Torres (7) count(s) 1, 5, 7, Brian Esparza (8) count(s) 1, 7, Charles Esparza (9) count(s) 1, 7, Ervey Sanchez (10) count(s) 1, 5, 6, Mark Anthony Vela (11) count(s) 1, Mario Alberto Gonzales (12) count(s) 1, Charles Olan Quintanilla (13) count(s) 1, George Sanchez (14) count(s) 1, 7, Inez Mata (15) count(s) 1, 7. (cch, ) (Entered: 09/29/2011) |
| 09/28/2011 | 7 (p.3958) | ORDER FOR ISSUANCE OF Bench Warrant as to Cristobal Velasquez. Signed by Judge Victor R. Garcia. (cch, ) (Entered: 09/29/2011) |
| 09/28/2011 | 8 (p.3959) | Arrest Warrant Issued by Judge Victor R. Garcia as to Cristobal Velasquez. (cch, ) (Entered: 09/29/2011) |
| 09/28/2011 | 58 (p.4637) | REDACTED INDICTMENT as to Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Charles Olan Quintanilla, George Sanchez, Inez Mata. (sf ) (Entered: 10/04/2011) |
| 09/29/2011 | 33 (p.3960) | MOTION to Unseal Indictment by USA as to Cristobal Velasquez. (cch, ) (Entered: 09/30/2011) |

| 09/29/2011 | 59 (p.3963) | Bench Warrant Returned Executed on 9/29/11 as to Cristobal Velasquez. (sf) (Entered: 10/04/2011) |
|---|---|---|
| 09/29/2011 | | Arrest of Cristobal Velasquez (sf) (Entered: 10/04/2011) |
| 09/30/2011 | 61 | Minute Entry for proceedings held before Judge Victor R. Garcia:Initial Appearance as to Cristobal Velasquez held on 9/30/2011 (Minute entry documents are not available electronically.) Detention Hearing set for 10/5/2011 01:00 PM before Judge Victor R. Garcia. (Court Reporter FTR - B. Reyes.) (sf, ) (Entered: 10/04/2011) |
| 10/03/2011 | 44 (p.3962) | ORDER GRANTING 33 (p.3960) Motion to Unseal Indictment as to Cristobal Velasquez (3). Signed by Judge Alia Moses. (sf, ) (Entered: 10/03/2011) |
| 10/03/2011 | | INDICTMENT UNSEALED as to Cristobal Velasquez (sf, ) (Entered: 10/03/2011) |
| 10/03/2011 | 60 (p.3964) | CJA 20; Appointment of Attorney Gary A. Villarreal for Cristobal Velasquez.. Signed by Judge Victor R. Garcia. (sf, ) (Entered: 10/04/2011) |
| 10/05/2011 | 111 | Minute Entry for proceedings held before Judge Victor R. Garcia:Status Conference as to Cristobal Velasquez held on 10/5/2011, Detention Hearing as to Cristobal Velasquez not held on 10/5/2011, Reset Hearings: Detention Hearing reset for 10/12/2011 09:00 AM before Judge Victor R. Garcia. (Minute entry documents are not available electronically.) (Court Reporter FTR - B. Reyes.) (sf, ) (Entered: 10/06/2011) |
| 10/07/2011 | 121 (p.3965) | NOTICE OF HEARING as to Cristobal Velasquez Arraignment set for 10/20/2011 09:00 AM before Judge Collis White. (mg, ) (Entered: 10/07/2011) |
| 10/07/2011 | 129 (p.3969) | General Order Concerning Discovery & Pre-Trial Motions as to Cristobal Velasquez, Sotero Rodriguez Martinez, Larry Munoz, Jr, Brian Esparza, Mark Anthony Vela, Charles Olan Quintanilla, George Sanchez, Inez Mata. Signed by Judge Alia Moses. (mg, ) (Entered: 10/07/2011) |
| 10/07/2011 | 130 (p.3977) | Order Concerning Courtroom Decorum and Trial Procedures as to Cristobal Velasquez, Sotero Rodriguez Martinez, Larry Munoz, Jr, Brian Esparza, Mark Anthony Vela, Charles Olan Quintanilla, George Sanchez, Inez Mata. Signed by Judge Alia Moses. (mg, ) (Entered: 10/07/2011) |
| 10/12/2011 | 153 | Minute Entry for proceedings held before Judge Victor R. Garcia:Detention Hearing as to Cristobal Velasquez, Mark Anthony Vela, Charles Olan Quintanilla held on 10/12/2011. Defendants were ordered detained without bond. (Minute entry documents are not available electronically.) (Court Reporter FTR Gold.) (br, ) (Entered: 10/14/2011) |
| 10/12/2011 | 163 (p.3990) | ORDER OF DETENTION: Bond set to no bond as to Cristobal Velasquez. Signed by Judge Victor R. Garcia. (bb ) (Entered: 10/17/2011) |
| 10/14/2011 | 143 (p.3988) | SCHEDULING ORDER as to Cristobal Velasquez Plea Agreement due by 12/5/2011. Docket Call set for 12/6/2011 09:00 AM before Judge Alia Moses. Jury Selection set for 1/17/2012 09:00AM before Judge Alia Moses. Jury Trial set for 1/17/2012 09:00 AM before Judge Alia Moses. Signed by Judge Alia Moses. (cch, ) (Entered: 10/14/2011) |
| 10/20/2011 | 207 | Minute Entry for proceedings held before Judge Collis White:Arraignment as to Cristobal Velasquez (3) Count(s) 1,3,4 held on 10/20/2011. Defendant remains mute on all counts; Court enters not guilty plea on his behalf (Minute entry documents are |

| | | |
|---|---|---|
| | | not available electronically.) (Court Reporter FTR-Sobrevilla.) (cch, ) (Entered: 10/21/2011) |
| 10/28/2011 | 229 (p.3992) | ORDER re 1 (p.3906) Motion to Seal Indictment, Denied as Moot, as to Raul Rodriguez (1), et al. Signed by Judge Alia Moses. (cch, ) (Entered: 11/01/2011) |
| 11/09/2011 | 239 (p.3994) | MOTION for Speedy Trial *Extension of Time/Complex Case Designation* by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata. (Giese, Erica) (Entered: 11/09/2011) |
| 11/14/2011 | 250 (p.4001) | MOTION to Extend Time by Cristobal Velasquez. (Villarreal, Gary) (Entered: 11/14/2011) |
| 11/18/2011 | 257 (p.4004) | ORDER as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata, Attorney Status and Scheduling Conference set for 12/6/2011 10:30 AM before Judge Alia Moses. Signed by Judge Alia Moses. (cch, ) (Entered: 11/18/2011) |
| 12/06/2011 | 275 | Minute Entry for proceedings held before Judge Alia Moses:Attorney Status Conference as to Raul Rodriguez, et al., held on 12/6/2011 (Minute entry documents are not available electronically.) (Court Reporter Anna Lafrenz.) (cch, ) (Entered: 12/06/2011) |
| 12/06/2011 | | ORAL MOTION for Complex Case Designation by USA as to Raul Rodriguez, et al, (cch, ) (Entered: 12/08/2011) |
| 12/07/2011 | 276 (p.4006) | ORDER as to Raul Rodriguez, et al, All Pretrial Motions due by 9/11/2012, Status Conference set for 7/10/2012 10:45 AM before Judge Alia Moses; an additional Status Conference set for 9/11/2012 11:00 AM before Judge Alia Moses. Signed by Judge Alia Moses. (cch, ) (Entered: 12/08/2011) |
| 02/24/2012 | 282 (p.4009) | ORDER as to Cristobal Velasquez, Attorney Status Conference set for 3/6/2012 09:25 AM before Judge Alia Moses. Signed by Judge Alia Moses. (jaw, ) (Entered: 02/24/2012) |
| 02/28/2012 | 283 (p.4010) | ORDER as to Cristobal Velasquez, Attorney Status Conference set for 3/8/2012 01:20 PM before Judge Alia Moses. Signed by Judge Alia Moses. (jaw, ) (Entered: 02/28/2012) |
| 03/08/2012 | 284 | Minute Entry for proceedings held before Judge Alia Moses:Attorney Status Hearing as to Cristobal Velasquez held on 3/8/2012 (Minute entry documents are not available electronically.) (Court Reporter Anna Lafrenz.) (jaw, ) (Entered: 03/08/2012) |
| 07/10/2012 | 314 | Minute Entry for proceedings held before Judge Alia Moses:Status/Scheduling Conference as to Cristobal Velasquez held on 7/10/2012 (Minute entry documents are not available electronically.) (Court Reporter Anna Lafrenz.) (mg ) (Entered: 07/11/2012) |
| 07/13/2012 | 323 (p.4011) | ORDER as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Jose Andres Torres, Brian Esparza, |

| | | |
|---|---|---|
| | | Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, George Sanchez, Inez Mata. The parties must finish reviewing discovery by Friday November 30, 2012. All motions relating to discovery or requests for hearings relating to discovery are due on or before Tuesday December 4, 2012. The previous status conference set by Court Order (ECF No. 276) for 11:00 AM on Tuesday, September 11, 2012, is hereby rescinded, and pretrial motions are no longer due by that date as specified in that Court Order. All other provisions found in that Court Order (ECF No. 276) are still binding upon the parties. The Court will set deadlines for pretrial motions at the Docket Call that will be held by this Court in December of 2012. Signed by Judge Alia Moses. (bb, ) (Entered: 07/13/2012) |
| 08/29/2012 | 356 (p.4012) | MOTION to Withdraw as Attorney by Cristobal Velasquez. (Villarreal, Gary) (Entered: 08/29/2012) |
| 08/30/2012 | 357 (p.4017) | ORDER as to Cristobal Velasquez, Attorney Status Conference set for 9/11/2012 10:10 AM before Judge Alia Moses. Signed by Judge Alia Moses. (mg, ) (Entered: 08/30/2012) |
| 09/04/2012 | 360 (p.4018) | ORDER as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Jose Andres Torres, Brian Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, George Sanchez, Inez Mata, Attorney Status and Scheduling Conference reset for 12/11/2012 10:30 AM before Judge Alia Moses. Defendant will not need to be present for hearing. Signed by Judge Alia Moses. (mgc) (Entered: 09/05/2012) |
| 09/11/2012 | 367 (p.4020) | ORDER DENYING 356 (p.4012) Motion to Withdraw as Attorney as to Cristobal Velasquez (3). Signed by Judge Alia Moses. (mg, ) (Entered: 09/11/2012) |
| 09/11/2012 | 368 | Minute Entry for proceedings held before Judge Alia Moses: Attorney Status Conference as to Cristobal Velasquez held on 9/11/2012 (Minute entry documents are not available electronically.) (Court Reporter Anna Lafrenz.) (mg, ) (Entered: 09/12/2012) |
| 12/10/2012 | 395 (p.4021) | ORDER as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Jose Andres Torres, Mark Anthony Vela, Mario Alberto Gonzales, George Sanchez, Inez Mata, Attorney Status and Scheduling Conference re-set for 12/11/2012 10:00 AM before Judge Alia Moses. Signed by Judge Alia Moses. (mg) (Entered: 12/10/2012) |
| 12/11/2012 | 398 (p.4023) | ORDER as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Jose Andres Torres, Mark Anthony Vela, Mario Alberto Gonzales, George Sanchez, Inez Mata, Docket Call/Rearraignment set for 4/9/2013 10:20 AM before Judge Alia Moses. Signed by Judge Alia Moses. (mg) (Entered: 12/12/2012) |
| 12/11/2012 | 399 | Minute Entry for proceedings held before Judge Alia Moses: Miscellaneous Hearing as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Jose Andres Torres, Mark Anthony Vela, Mario Alberto Gonzales, George Sanchez, Inez Mata held on 12/11/2012 (Minute entry documents are not available electronically.) (Court Reporter Anna Lafrenz.) (mg) (Entered: 12/12/2012) |
| 01/03/2013 | | Attorney Matthew Harry Watters for USA added, Attorney Erica Benites Giese terminated as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto |

| | | |
|---|---|---|
| | | Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata. (sr) (Entered: 01/03/2013) |
| 02/20/2013 | | Attorney Patrick Paul Burke for USA added (rf1) (Entered: 02/20/2013) |
| 02/27/2013 | 452 (p.4024) | MOTION to Extend Time by Cristobal Velasquez. (Villarreal, Gary) (Entered: 02/27/2013) |
| 02/28/2013 | 488 (p.4028) | MOTION to Suppress by Cristobal Velasquez. (Villarreal, Gary) (Entered: 02/28/2013) |
| 03/12/2013 | 496 (p.4034) | MOTION for Extension of Time to File Response/Reply by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata. (Watters, Matthew) (Entered: 03/12/2013) |
| 03/14/2013 | 503 (p.4038) | ORDER GRANTING 496 (p.4034) Motion for Extension of Time to File Response/Reply as to Raul Rodriguez (1), Mike Cassiano (2), Cristobal Velasquez (3), Chuco Mario Martinez (5), Larry Munoz Jr. (6), Jose Andres Torres (7), Brian Esparza (8), Charles Esparza (9), Ervey Sanchez (10), Mark Anthony Vela (11), Mario Alberto Gonzales (12), Charles Olan Quintanilla (13), George Sanchez (14), Inez Mata (15). Signed by Judge Alia Moses. (mgc) (Entered: 03/15/2013) |
| 03/21/2013 | | Attorney Matthew Harry Watters terminated as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata. (sr) (Entered: 03/21/2013) |
| 04/04/2013 | | Attorney Ralph Anthony Paradiso for USA added, Attorney Patrick Paul Burke terminated as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata. (kc1) (Entered: 04/04/2013) |
| 04/08/2013 | 516 (p.4039) | RESPONSE TO MOTION by USA Mike Cassiano re 485 MOTION *To Exclude Gang Expert Testimony* filed by Defendant Mike Cassiano (Burke, Patrick) Modified text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | 517 (p.4047) | RESPONSE TO MOTION by USA Cristobal Velasquez, Sotero Rodriguez Martinez, Jose Andres Torres re 488 (p.4028) MOTION to Suppress filed by Defendant Cristobal Velasquez, 470 MOTION to Produce *Jencks Act Material, Pre-Trial* filed by Defendant Jose Andres Torres, 436 MOTION for Disclosure *of Jencks Act Material* filed by Defendant Sotero Rodriguez Martinez (Burke, Patrick) Modified text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | 518 (p.4052) | RESPONSE TO MOTION by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Jose Andres Torres, George Sanchez, re 479 MOTION *to Adopt Certain Motions Filed by Co-Defendants* filed by Defendant Raul Rodriguez, 488 (p.4028) MOTION to Suppress filed by Defendant Cristobal Velasquez, 480 MOTION *To Adopt Pleadings* filed by Defendant Mike Cassiano, 443 MOTION to Suppress *Title III Interceptions* filed by Defendant Sotero Rodriguez Martinez, 462 MOTION to Suppress *and misc Pretrial Matters* filed by |

| | | |
|---|---|---|
| | | Defendant George Sanchez, 460 MOTION to Suppress *Title III Interceptions and Related Communications* filed by Defendant Jose Andres Torres (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | <u>520</u> (p.4067) | RESPONSE TO MOTION by USA as to Sotero Rodriguez Martinez, Jose Andres Torres, re 464 MOTION to Dismiss Counts *One, Five and Seven* filed by Defendant Jose Andres Torres, 442 MOTION to Dismiss Counts *of the Indictment* filed by Defendant Sotero Rodriguez Martinez (Burke, Patrick) Modified defendant tex on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | <u>521</u> (p.4088) | RESPONSE TO MOTION by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Jose Andres Torres, George Sanchez, re 479 MOTION *to Adopt Certain Motions Filed by Co-Defendants* filed by Defendant Raul Rodriguez, 450 MOTION *under Rule 201* filed by Defendant Sotero Rodriguez Martinez, <u>488 (p.4028)</u> MOTION to Suppress filed by Defendant Cristobal Velasquez, 459 MOTION for Disclosure *and Advanced Notice on Matters which Either the Court or the Governemnt May Ask for Judicial Notice* filed by Defendant Jose Andres Torres, 480 MOTION *To Adopt Pleadings* filed by Defendant Mike Cassiano, 462 MOTION to Suppress *and misc Pretrial Matters* filed by Defendant George Sanchez (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | <u>522</u> (p.4093) | RESPONSE TO MOTION by USA as Sotero Rodriguez Martinez, Jose Andres Torres 445 MOTION for permission to examine prospective jurors by Sotero Rodriguez Martinez 446 MOTION for permission to examine prospective jurors for Individual Voir Dire and Additional Peremptory Challenges by Sotero Rodriguez Martinez 457 MOTION for Individual Voir Dire and Additional Peremptory Challenges by Jose Andres Torres 458 MOTION to Utilize a Jury Questionnaire by Jose Andres Torres. Modified defendant and event text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | <u>523</u> (p.4099) | RESPONSE TO MOTION by USA as to Cristobal Velasquez, Sotero Rodriguez Martinez, Jose Andres Torres, re 439 MOTION *to Preserve Agent's Notes* filed by Defendant Sotero Rodriguez Martinez, <u>488 (p.4028)</u> MOTION to Suppress filed by Defendant Cristobal Velasquez, 473 MOTION *To Preserve Agent's Notes* filed by Defendant Jose Andres Torres (Burke, Patrick) Modified defendant and event text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | <u>524</u> (p.4106) | RESPONSE TO MOTION by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, George Sanchez, re 479 MOTION *to Adopt Certain Motions Filed by Co-Defendants* filed by Defendant Raul Rodriguez, <u>488 (p.4028)</u> MOTION to Suppress filed by Defendant Cristobal Velasquez, 480 MOTION *To Adopt Pleadings* filed by Defendant Mike Cassiano, 440 MOTION *for Preservation of Tapes of Law Enforcement Interviews* filed by Defendant Sotero Rodriguez Martinez, 462 MOTION to Suppress *and misc Pretrial Matters* filed by Defendant George Sanchez (Burke, Patrick) Modified defendant and event text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | <u>525</u> (p.4111) | RESPONSE TO MOTION by USA as to Raul Rodriguez, re 477 MOTION to Dismiss Indictment/Information filed by Defendant Raul Rodriguez (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | <u>526</u> (p.4122) | RESPONSE TO MOTION by USA as to Mike Cassiano, re 481 MOTION for Bill of Particulars filed by Defendant Mike Cassiano (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |

| 04/08/2013 | 527 (p.4128) | RESPONSE TO MOTION by USA as to Raul Rodriguez, re 474 MOTION for Bill of Particulars filed by Defendant Raul Rodriguez (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |
|---|---|---|
| 04/08/2013 | 528 (p.4136) | RESPONSE TO MOTION by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata re 434 MOTION for Bill of Particulars filed by Defendant Sotero Rodriguez Martinez, 488 (p.4028) MOTION to Suppress filed by Defendant Cristobal Velasquez, 469 MOTION for Bill of Particulars filed by Defendant Jose Andres Torres (Burke, Patrick) (Entered: 04/08/2013) |
| 04/08/2013 | 529 (p.4142) | RESPONSE TO MOTION by USA as to Cristobal Velasquez, Sotero Rodriguez Martinez, Jose Andres Torres, re 466 MOTION for Discovery *and Inspection* filed by Defendant Jose Andres Torres, 488 (p.4028) MOTION to Suppress filed by Defendant Cristobal Velasquez, 431 MOTION for Discovery filed by Defendant Sotero Rodriguez Martinez (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | 530 (p.4152) | RESPONSE TO MOTION by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Jose Andres Torres, George Sanchez, re 479 MOTION *to Adopt Certain Motions Filed by Co-Defendants* filed by Defendant Raul Rodriguez, 488 (p.4028) MOTION to Suppress filed by Defendant Cristobal Velasquez, 441 MOTION *to Require Government to Comply with Rule 106* filed by Defendant Sotero Rodriguez Martinez, 480 MOTION *To Adopt Pleadings* filed by Defendant Mike Cassiano, 462 MOTION to Suppress *and misc Pretrial Matters* filed by Defendant George Sanchez, 471 MOTION *To Require The Government to Comply With Rule 106* filed by Defendant Jose Andres Torres (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | 531 (p.4157) | RESPONSE TO MOTION by USA as to Cristobal Velasquez, Sotero Rodriguez Martinez, Jose Andres Torres, re 435 MOTION to Strike *Surplusage* filed by Defendant Sotero Rodriguez Martinez, 488 (p.4028) MOTION to Suppress filed by Defendant Cristobal Velasquez, 468 MOTION to Strike *Surplusage* filed by Defendant Jose Andres Torres (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | 532 (p.4163) | RESPONSE TO MOTION by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Jose Andres Torres, George Sanchez, re 479 MOTION *to Adopt Certain Motions Filed by Co-Defendants* filed by Defendant Raul Rodriguez, 488 (p.4028) MOTION to Suppress filed by Defendant Cristobal Velasquez, 453 MOTION to Suppress *Confession of Codefendant(s)* filed by Defendant Jose Andres Torres, 444 MOTION to Suppress *Confession of Co-Defendants* filed by Defendant Sotero Rodriguez Martinez, 462 MOTION to Suppress *and misc Pretrial Matters* filed by Defendant George Sanchez, 486 MOTION to Suppress *(Bruton)* filed by Defendant Mike Cassiano (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | 533 (p.4168) | RESPONSE TO MOTION by USA as to Sotero Rodriguez Martinez, Jose Andres Torres, re 449 MOTION for Disclosure *of Proffer Information* filed by Defendant Sotero Rodriguez Martinez, 455 MOTION for Disclosure Under Rule 12 *Proffer Information* filed by Defendant Jose Andres Torres, 491 SEALED MOTION filed filed by Defendant Sotero Rodriguez Martinez (Burke, Patrick) Modified defendant and event text on 4/9/2013 (bb). (Entered: 04/08/2013) |

| 04/08/2013 | 534 (p.4178) | RESPONSE TO MOTION by USA as to Raul Rodriguez, Mike Cassiano, re 476 MOTION to Sever Defendant *and/or Counts* filed by Defendant Raul Rodriguez, 505 MOTION to Sever Defendant *and Counts* filed by Defendant Mike Cassiano (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |
|---|---|---|
| 04/08/2013 | 535 (p.4185) | RESPONSE TO MOTION by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Jose Andres Torres, re 454 MOTION in Limine *"Other crimes" and Uncharged Misconduct* filed by Defendant Jose Andres Torres, 479 MOTION *to Adopt Certain Motions Filed by Co-Defendants* filed by Defendant Raul Rodriguez, 447 MOTION in Limine *(Other Crimes and Uncharged Misconduct)* filed by Defendant Sotero Rodriguez Martinez, 488 (p.4028) MOTION to Suppress filed by Defendant Cristobal Velasquez, 480 MOTION *To Adopt Pleadings* filed by Defendant Mike Cassiano, filed by (Burke, Patrick) Modified defendant and event text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | 536 (p.4190) | RESPONSE TO MOTION by USA as to Raul Rodriguez, Cristobal Velasquez, Jose Andres Torres, re 479 MOTION *to Adopt Certain Motions Filed by Co-Defendants* filed by Defendant Raul Rodriguez, 488 (p.4028) MOTION to Suppress filed by Defendant Cristobal Velasquez (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/08/2013 | 537 (p.4195) | RESPONSE TO MOTION by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Jose Andres Torres, George Sanchez, re 479 MOTION *to Adopt Certain Motions Filed by Co-Defendants* filed by Defendant Raul Rodriguez, 488 (p.4028) MOTION to Suppress filed by Defendant Cristobal Velasquez, 456 MOTION *to Preclude Impeachment with Evidence of Prior Convictions* filed by Defendant Jose Andres Torres, 480 MOTION *To Adopt Pleadings* filed by Defendant Mike Cassiano, 462 MOTION to Suppress *and misc Pretrial Matters* filed by Defendant George Sanchez, 448 MOTION *to Preclude Impeachment of Defendant* filed by Defendant Sotero Rodriguez Martinez (Burke, Patrick) Modified defendant text on 4/9/2013 (bb). (Entered: 04/08/2013) |
| 04/09/2013 | | Attorney Patrick Burke added for USA. (rf1) (Entered: 04/09/2013) |
| 04/09/2013 | 544 | Minute Entry for proceedings held before Judge Alia Moses:Docket Call as to Cristobal Velasquez held on 4/9/2013 (Minute entry documents are not available electronically.) Pretrial Conference set for 6/24/2013 2:00 PM before Judge Alia Moses, Set Hearings: Jury Selection and Jury Trial set for 6/25/2013 09:30 AM before Judge Alia Moses, (Court Reporter Vickie Garza.) (mg) Modified on 4/11/2013 to reflect correcte for pre-trial conference(mg). (Entered: 04/11/2013) |
| 04/09/2013 | 546 (p.4200) | ORDER as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Jose Andres Torres, Pretrial Conference set for 6/24/2013 02:00 PM before Judge Alia Moses. Signed by Judge Alia Moses. (mg) (Entered: 04/11/2013) |
| 04/09/2013 | 547 (p.4201) | ORDER as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Jose Andres Torres, Jury Selection and Jury Trial set for 6/25/2013 09:30 AM before Judge Alia Moses. Signed by Judge Alia Moses. (mg) (Entered: 04/11/2013) |
| 04/11/2013 | 549 (p.4202) | MOTION to Dismiss Counts by Cristobal Velasquez. (Villarreal, Gary) (Entered: 04/11/2013) |
| 04/15/2013 | 552 (p.4217) | RESPONSE in Opposition by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Jose Andres Torres re 479 MOTION *to Adopt Certain Motions Filed by Co-Defendants* filed by Defendant Raul Rodriguez, 432 MOTION to Compel *Disclosure of Confidential Informants* filed by Defendant |

| | | |
|---|---|---|
| | | Sotero Rodriguez Martinez, 488 (p.4028) MOTION to Suppress filed by Defendant Cristobal Velasquez, 433 MOTION for Disclosure Under Rule 12 filed by Defendant Sotero Rodriguez Martinez, 467 MOTION for Disclosure *of Contact Between Government Agents and Jailhouse Informants* filed by Defendant Jose Andres Torres, 483 MOTION to Reveal Identity of Informant filed by Defendant Mike Cassiano *Amending 522 (p.4093)* (Burke, Patrick) (Entered: 04/15/2013) |
| 04/16/2013 | 565 (p.4224) | ORDER DENYING 452 (p.4024) Motion to Extend Time as to Cristobal Velasquez (3). Signed by Judge Alia Moses. (mg) (Entered: 04/17/2013) |
| 04/17/2013 | 566 (p.4225) | RESPONSE in Opposition by USA as to Cristobal Velasquez re 549 (p.4202) MOTION to Dismiss Counts filed by Defendant Cristobal Velasquez (Burke, Patrick) (Entered: 04/17/2013) |
| 04/17/2013 | 567 (p.4246) | ORDER DENYING 479 Motion to Adopt Pleadings as to Raul Rodriguez (1); DENYING 480 Motion to Adopt Pleadings as to Mike Cassiano (2); DENYING 488 (p.4028) Motion to Suppress as to Cristobal Velasquez (3); DENYING 462 Motion to Suppress as to George Sanchez (14). Signed by Judge Alia Moses. (mg) (Entered: 04/17/2013) |
| 05/10/2013 | 577 (p.4247) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/10/2013) |
| 05/10/2013 | 578 (p.4252) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/10/2013) |
| 05/12/2013 | 579 (p.4259) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/12/2013) |
| 05/13/2013 | 580 (p.4263) | DEFICIENCY NOTICE: re 577 (p.4247) MOTION in Limine as to Cristobal Velasquez. ** Proposed Order contains incorrect event text. This motion will not be forwarded to the Judge for consideration and will be terminated. Please correct the proposed order text to reflect the motion and refile your Motion and proposed order. ** (bb) (Entered: 05/13/2013) |
| 05/13/2013 | 581 (p.4264) | DEFICIENCY NOTICE: re 578 (p.4252) MOTION in Limine as to Cristobal Velasquez. ** Proposed Order contains incorrect event text. This motion will not be forwarded to the Judge for consideration and will be terminated. Please correct the proposed order text to reflect the motion and refile your Motion and proposed order.** (bb) (Entered: 05/13/2013) |
| 05/13/2013 | 582 (p.4265) | DEFICIENCY NOTICE: re 579 (p.4259) MOTION in Limine as to Cristobal Velasquez. ** (bb) Proposed Order contains incorrect event text. This motion will not be forwarded to the Judge for consideration and will be terminated. Please correct the proposed order text to reflect the motion and refile your Motion and proposed order. ** (Entered: 05/13/2013) |
| 05/13/2013 | 583 (p.4266) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/13/2013) |
| 05/13/2013 | 584 (p.4271) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/13/2013) |
| 05/13/2013 | 585 (p.4279) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/13/2013) |
| 05/13/2013 | | |

15-51164.3895

| | 594 (p.4283) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/13/2013) |
|---|---|---|
| 05/13/2013 | 595 (p.4288) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/13/2013) |
| 05/14/2013 | 596 (p.4296) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/14/2013) |
| 05/14/2013 | 597 (p.4300) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/14/2013) |
| 05/14/2013 | 598 (p.4306) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/14/2013) |
| 05/14/2013 | 599 (p.4311) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/14/2013) |
| 05/14/2013 | 600 (p.4315) | DEFICIENCY NOTICE: re 583 (p.4266) MOTION in Limine as to Cristobal Velasquez. ** Proposed Order contains incorrect event text. This motion will not be forwarded to the Judge for consideration and will be terminated. Please correct the proposed order text to reflect the motion and refile your Motion and proposed order. ** (bb) (Entered: 05/14/2013) |
| 05/14/2013 | 601 (p.4316) | DEFICIENCY NOTICE: re 584 (p.4271) MOTION in Limine as to Cristobal Velasquez. ** Proposed Order contains incorrect event text. This motion will not be forwarded to the Judge for consideration and will be terminated. Please correct the proposed order text to reflect the motion and refile your Motion and proposed order. ** (bb) (Entered: 05/14/2013) |
| 05/14/2013 | 602 (p.4317) | DEFICIENCY NOTICE: re 585 (p.4279) MOTION in Limine as to Cristobal Velasquez. ** Proposed Order contains incorrect event text. This motion will not be forwarded to the Judge for consideration and will be terminated. Please correct the proposed order text to reflect the motion and refile your Motion and proposed order. ** (bb) (Entered: 05/14/2013) |
| 05/14/2013 | 603 (p.4318) | DEFICIENCY NOTICE: re 598 (p.4306) MOTION in Limine as to Cristobal Velasquez. ***Pleading not signed with /s/ Name on signature line or digital signature. This motion will not beforwarded to the Judge for consideration and will be terminated. Please correct and sign the motion and refile your Motion and proposed order. (bb) (Entered: 05/14/2013) |
| 05/14/2013 | 604 (p.4319) | DEFICIENCY NOTICE: re 599 (p.4311) MOTION in Limine as to Cristobal Velasquez. Pleading not signed with /s/ Name on signature line or digital signature. This motion will not beforwarded to the Judge for consideration and will be terminated. Please correct and sign the motion and refile your Motion and proposed order.** (bb) (Entered: 05/14/2013) |
| 05/14/2013 | 609 (p.4320) | ORDER as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Pretrial Conference re-set for 6/24/2013 09:30 AM before Judge Alia Moses. Signed by Judge Alia Moses. (mg) (Entered: 05/14/2013) |
| 05/14/2013 | 610 (p.4321) | ORDER as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Jury Selection and Jury Trial re-set for 6/24/2013 02:00 PM before Judge Alia Moses. Signed by Judge Alia Moses. (mg) (Entered: 05/14/2013) |
| 05/14/2013 | | |

| | 612 (p.4322) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/14/2013) |
|---|---|---|
| 05/14/2013 | 613 (p.4328) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/14/2013) |
| 05/14/2013 | 614 (p.4333) | MOTION in Limine by Cristobal Velasquez. (Villarreal, Gary) (Entered: 05/14/2013) |
| 06/06/2013 | 620 | SEALED MOTION filed (mg) (Entered: 06/06/2013) |
| 06/06/2013 | 624 | Sealed Document filed (mg) (Entered: 06/06/2013) |
| 06/10/2013 | 627 (p.4337) | MOTION TO EMPANEL AN ANONYMOUS JURY by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez. (Burke, Patrick) Modified on 6/11/2013 to correct event (jaw). (Entered: 06/10/2013) |
| 06/10/2013 | 628 (p.4343) | MOTION TO USE DEMONSTRATIVE AIDS DURING OPENING STATEMENTS by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez. (Burke, Patrick) Modified on 6/11/2013 to correct event (jaw). (Entered: 06/10/2013) |
| 06/10/2013 | 631 (p.4349) | RESPONSE in Opposition by USA as to Raul Rodriguez, Cristobal Velasquez re 588 MOTION in Limine *to Preclude Impeachment of Defendant with Evidence of Prior Convictions and Memorandum of Law in Support* filed by Defendant Raul Rodriguez, 594 (p.4283) MOTION in Limine filed by Defendant Cristobal Velasquez (Burke, Patrick) (Entered: 06/10/2013) |
| 06/10/2013 | 637 (p.4354) | RESPONSE TO MOTION by USA as to Cristobal Velasquez re 595 (p.4288) MOTION in Limine filed by Defendant Cristobal Velasquez *and Notice under FRE 404(b) 609* (Burke, Patrick) (Entered: 06/10/2013) |
| 06/10/2013 | 638 (p.4360) | RESPONSE in Opposition by USA as to Cristobal Velasquez re 596 (p.4296) MOTION in Limine filed by Defendant Cristobal Velasquez (Burke, Patrick) (Entered: 06/10/2013) |
| 06/10/2013 | 641 (p.4365) | RESPONSE in Opposition by USA as to Cristobal Velasquez re 612 (p.4322) MOTION in Limine filed by Defendant Cristobal Velasquez (Burke, Patrick) (Entered: 06/10/2013) |
| 06/10/2013 | 642 (p.4374) | RESPONSE in Opposition by USA as to Cristobal Velasquez re 613 (p.4328) MOTION in Limine filed by Defendant Cristobal Velasquez (Burke, Patrick) (Entered: 06/10/2013) |
| 06/10/2013 | 643 (p.4380) | RESPONSE in Opposition by USA as to Cristobal Velasquez re 614 (p.4333) MOTION in Limine filed by Defendant Cristobal Velasquez (Burke, Patrick) (Entered: 06/10/2013) |
| 06/10/2013 | 647 | MOTION for Leave to File Sealed Document (Paradiso, Ralph) (Entered: 06/10/2013) |
| 06/11/2013 | 657 (p.4388) | DEFICIENCY NOTICE: re 637 (p.4354) Response to Motion as to Cristobal Velasquez. (jaw) (Entered: 06/11/2013) |
| 06/11/2013 | 661 (p.4389) | RESPONSE in Opposition by USA as to Cristobal Velasquez re 595 (p.4288) MOTION in Limine filed by Defendant Cristobal Velasquez (Attachments: # 1 (p.3906) Proposed Order)(Burke, Patrick) (Entered: 06/11/2013) |

| | | |
|---|---|---|
| 06/11/2013 | 663 (p.4396) | MOTION in Limine by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez. (Paradiso, Ralph) (Entered: 06/11/2013) |
| 06/11/2013 | 664 | MOTION for Writ *Application for Writ of Habeas Corpus AD Testificandum* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/11/2013) |
| 06/11/2013 | 665 | Proposed *Order for Issuance Writ of Habeas Corpus AD Testificandum* by Cristobal Velasquez. (Villarreal, Gary) Modified event text on 6/12/2013 (bb). (Entered: 06/11/2013) |
| 06/11/2013 | 667 | MOTION for Writ *Application for Writ of Habeas Corpus Ad Testificandum* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/11/2013) |
| 06/11/2013 | 668 | Proposed *Order for Issuance Writ of Habeas Corpus Ad Testificandum* by Cristobal Velasquez. (Villarreal, Gary) Modified event text on 6/12/2013 (bb). (Entered: 06/11/2013) |
| 06/11/2013 | 669 (p.4404) | Proposed Writ of Habeas Corpus ad testificandum for Josue Velasquez to testify by Cristobal Velasquez. (Villarreal, Gary) Modified event texton 6/12/2013 (bb). (Entered: 06/11/2013) |
| 06/12/2013 | 672 | Sealed Order. Signed by Judge Alia Moses. (jaw) (Entered: 06/13/2013) |
| 06/12/2013 | 673 | Sealed Document filed (jaw) (Entered: 06/13/2013) |
| 06/12/2013 | 674 | Sealed Document filed (jaw) (Entered: 06/13/2013) |
| 06/13/2013 | 671 | Sealed Order. Signed by Judge Alia Moses. (jaw) (Entered: 06/13/2013) |
| 06/14/2013 | 678 (p.4405) | MOTION for Writ *Application for Issuance of Subpoena* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/14/2013) |
| 06/14/2013 | 679 (p.4407) | MOTION for Writ *Order for Issuance of Subpoena To Testify at a Hearing or Trial in a Criminal Case* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/14/2013) |
| 06/14/2013 | 680 (p.4410) | MOTION for Writ *Subpoena to Testify at a Hearing or Trial in a Criminal Case* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/14/2013) |
| 06/14/2013 | 681 (p.4412) | MOTION for Writ *Defendant Application for issuance of Subpoena* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/14/2013) |
| 06/14/2013 | 682 (p.4414) | MOTION for Writ *Order for Issuance of Subpoena to Testify at a Hearing or Trial in a Criminal Case* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/14/2013) |
| 06/14/2013 | 683 (p.4417) | MOTION for Writ *Subpoena to Testify at a Hearing or Trial in a Criminal Case* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/14/2013) |
| 06/17/2013 | 684 (p.4419) | DEFICIENCY NOTICE: re 678 (p.4405) MOTION for Writ *Application for Issuance of Subpoena* as to Cristobal Velasquez. **This Pleading is not a Motion for Writ. The document is an Application for Issuance of a Subpoena. This pleading will not be forwarded to the Judge for consideration and will be terminated. Please refile yourdocument under Motion, Miscellaneous relief and further text Defendant's Application for Issuance of a Subpoena wtih the Order for Issuance of a Subpoena and Subpoena.** (bb) (Entered: 06/17/2013) |
| 06/17/2013 | 685 (p.4420) | DEFICIENCY NOTICE: re 679 (p.4407) MOTION for Writ *Order for Issuance of Subpoena To Testify at a Hearing or Trial in a Criminal Case* as to Cristobal Velasquez. This Pleading is not a Motion for Writ. The document is an Order for |

| | | |
|---|---|---|
| | | Issuance of Writ of Subpoena toTestify. This pleading will not be forwarded to the Judge for consideration and will be terminated. Please refile your document with your Defendant's Application for Issuance of a Subpoena wtih the Order for Issuance of a Subpoena and Subpoena as one document.* (bb) (Entered: 06/17/2013) |
| 06/17/2013 | 686 (p.4421) | DEFICIENCY NOTICE: re 680 (p.4410) MOTION for Writ *Subpoena to Testify at a Hearing or Trial in a Criminal Case* as to Cristobal Velasquez. This Pleading is not a Motion for Writ. The document is a Subpoena to Testify. This pleading will not be forwarded to the Judge for consideration and will be terminated. Please refile your document with your Defendant's Application for Issuance of a Subpoena wtih the Order for Issuance of a Subpoena and Subpoena as one document.* (bb) (Entered: 06/17/2013) |
| 06/17/2013 | 687 (p.4422) | DEFICIENCY NOTICE: re 681 (p.4412) MOTION for Writ *Defendant Application for issuance of Subpoena* as to Cristobal Velasquez. This Pleading is not a Motion for Writ. The document is an Application for Issuance of a Subpoena. This pleading will not be forwarded to the Judge for consideration and will be terminated. Please refile your document under Motion, Miscellaneous relief and further text Defendant's Application for Issuance of a Subpoena wtih the Order for Issuance of a Subpoena and Subpoena.** (bb) (Entered: 06/17/2013) |
| 06/17/2013 | 688 (p.4423) | DEFICIENCY NOTICE: re 682 (p.4414) MOTION for Writ *Order for Issuance of Subpoena to Testify at a Hearing or Trial in a Criminal Case* as to Cristobal Velasquez. This Pleading is not a Motion for Writ. The document is an Order for Issuance of Writ of Subpoena toTestify. This pleading will not be forwarded to the Judge for consideration and will be terminated. Please refile your document with your Defendant's Application for Issuance of a Subpoena wtih the Order for Issuance of a Subpoena and Subpoena as one document.* (bb) (Entered: 06/17/2013) |
| 06/17/2013 | 689 (p.4424) | DEFICIENCY NOTICE: re 683 (p.4417) MOTION for Writ *Subpoena to Testify at a Hearing or Trial in a Criminal Case* as to Cristobal Velasquez. This Pleading is not a Motion for Writ. The document is a Subpoena to Testify. This pleading will not be forwarded to the Judge for consideration and will be terminated. Please refile your document with your Defendant's Application for Issuance of a Subpoena wtih the Order for Issuance of a Subpoena and Subpoena as one document.* (bb) (Entered: 06/17/2013) |
| 06/17/2013 | 690 (p.4425) | MOTION *Defendant's Application for Issuance of a Subpoena* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/17/2013) |
| 06/17/2013 | 691 (p.4430) | MOTION *Defendant's Application for Issuance of a Subpoena* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/17/2013) |
| 06/19/2013 | 692 (p.4436) | Amended MOTION *Defendant's Application for Issuance of a Subpoena* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/19/2013) |
| 06/19/2013 | 693 (p.4441) | Amended MOTION *Defendant's Application for Issuance of a Subpoena* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/19/2013) |
| 06/20/2013 | 694 (p.4447) | Amended MOTION *Defendant's Application for Issuance of a Subpoena* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/20/2013) |
| 06/20/2013 | 695 (p.4453) | Amended MOTION *Defendant's Application for a Subpoena* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/20/2013) |

| 06/20/2013 | 696 (p.4458) | WITNESS LIST by Cristobal Velasquez (Villarreal, Gary) (Entered: 06/20/2013) |
|---|---|---|
| 06/20/2013 | 697 (p.4460) | MOTION *For Judgment of Acquittal after Close of Government's Case* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/20/2013) |
| 06/20/2013 | 698 (p.4463) | MOTION *For Judgment of Acquittal after Close of All Evidence* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/20/2013) |
| 06/21/2013 | 700 (p.4466) | DEFICIENCY NOTICE: re 694 (p.4447) Amended MOTION *Defendant's Application for Issuance of a Subpoena* as to Cristobal Velasquez. **This pleading is a duplicate of document 693 (p.4441) this document will be terminated and not forwarded to theJudge for consideration. (bb) Modified on 6/21/2013 (bb). (Entered: 06/21/2013) |
| 06/21/2013 | 701 (p.4467) | DEFICIENCY NOTICE: re 695 (p.4453) Amended MOTION *Defendant's Application for Issuance of a Subpoena* as to Cristobal Velasquez.. ***This pleading is a duplicate of document 692 (p.4436) this pleading will not be forwarded to the Judge for consideration and will be terminated.** (bb) (Entered: 06/21/2013) |
| 06/21/2013 | 702 (p.4468) | Amended MOTION *Defendant's Application for Issuance of a Subpoena* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/21/2013) |
| 06/21/2013 | 703 (p.4473) | Amended MOTION *Defendant's Application for Issuance of a Subpoena* by Cristobal Velasquez. (Villarreal, Gary) (Entered: 06/21/2013) |
| 06/24/2013 | 712 (p.4479) | ORDER DENYING as untimely 505 Motion to Sever Defendant as to Mike Cassiano (2); DENYING 549 (p.4202) Motion to Dismiss Counts as to Cristobal Velasquez (3). Signed by Judge Alia Moses. (bb) (Entered: 06/24/2013) |
| 06/24/2013 | 713 (p.4480) | ORDER FOR ISSUANCE OF Writ of Supoena to Testify for Josue Velasquez as to Cristobal Velasquez. Signed by Judge Alia Moses. (bb) (Entered: 06/24/2013) |
| 06/24/2013 | 714 (p.4481) | SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE for Josue Velasquez, as to Cristobal Velasquez (bb) (Entered: 06/24/2013) |
| 06/24/2013 | 715 (p.4483) | ORDER GRANTING 702 (p.4468) Motion ORDER FOR ISSUANCE OF WRIT OF SUBPOENA TO TESTIFY as to Cristobal Velasquez (3). Signed by Judge Alia Moses. (bb) (Entered: 06/24/2013) |
| 06/24/2013 | 716 (p.4484) | SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE for Caleb Velasques as to Cristobal Velasquez (bb) (Entered: 06/24/2013) |
| 06/24/2013 | 719 | Minute Entry for proceedings held before Judge Alia Moses:Pretrial Conference as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez held on 6/24/2013 (Minute entry documents are not available electronically.) (Court Reporter Vickie Lee Garza.) (mg) (Entered: 06/25/2013) |
| 06/24/2013 | 720 (p.4486) | ORDER GRANTING 627 (p.4337) Motion TO EMPANEL ANONYMOUS JURY as to Raul Rodriguez (1), Mike Cassiano (2), Cristobal Velasquez (3), George Sanchez (14). Signed by Judge Alia Moses. (mg) (Entered: 06/25/2013) |
| 06/24/2013 | 722 | Minute Entry for proceedings held before Judge Alia Moses:Jury Trial as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez held on 6/24/2013 (Minute entry documents are not available electronically.) Trial recessed to 6/25/13 at 9:30 a.m. (Court Reporter Vickie Garza.) (ccr) (Entered: 06/26/2013) |

| 06/24/2013 | | Voir Dire begun on 6/24/2013 Raul Rodriguez (1) on Count 1,2 and Mike Cassiano (2) on Count 1,3,5 and Cristobal Velasquez (3) on Count 1,3,4 and George Sanchez (14) on Count 1,7 (ccr) (Entered: 06/26/2013) |
|---|---|---|
| 06/24/2013 | 723 | Minute Entry for proceedings held before Judge Alia Moses:Daubert Hearing as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez held on 6/24/2013 (Minute entry documents are not available electronically.) Court will allow testimony of expert witness Steve Hause. (Court Reporter Vickie Garza.) (ccr) (Entered: 06/26/2013) |
| 06/24/2013 | 724 (p.4488) | WITNESS LIST by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez (ccr) (Entered: 06/26/2013) |
| 06/24/2013 | 726 (p.4489) | AMENDED WITNESS LIST by Attorney Gary Villarreal as to Cristobal Velasquez (ccr) (Entered: 06/26/2013) |
| 06/24/2013 | 739 (p.4491) | REDACTED EXHIBITS LIST by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez (ccr) (Entered: 06/26/2013) |
| 06/25/2013 | 740 | Minute Entry for proceedings held before Judge Alia Moses:Jury Trial Continued as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez held on 6/25/2013 (Minute entry documents are not available electronically.) Trial recessed to 6/26/2013 at 9:30 AM (Court Reporter Vickie Garza.) (jaw) (Entered: 06/26/2013) |
| 06/26/2013 | 742 | Minute Entry for proceedings held before Judge Alia Moses:Jury Trial as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez held on 6/26/2013 (Minute entry documents are not available electronically.) Trial recessed to 6/27/2013 at 9:00 a.m. (Court Reporter Vickie Garza.) (mg) (Entered: 06/27/2013) |
| 06/26/2013 | 743 (p.4503) | ORDER that the jury be sequestered during the dinner break as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez. Signed by Judge Alia Moses. (mg) (Entered: 06/27/2013) |
| 06/27/2013 | 753 | Minute Entry for proceedings held before Judge Alia Moses:Jury Trial as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez held on 6/27/2013 (Minute entry documents are not available electronically.) Trial recessed to 7/1/2013 at 9:00 am. Jurors to return at 1:30 p.m. (Court Reporter Vickie Garza.) (mg) (Entered: 06/27/2013) |
| 06/27/2013 | 754 (p.4504) | WITNESS/EXHIBIT LIST by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez (mg) (Entered: 06/27/2013) |
| 06/27/2013 | 755 (p.4505) | EXHIBIT LIST by USA as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez (mg) (Entered: 06/27/2013) |
| 06/27/2013 | 756 (p.4517) | ORDER DENYING 697 (p.4460) Motion For Acquittal as to Cristobal Velasquez (3). Signed by Judge Alia Moses. (mg) (Entered: 06/27/2013) |
| 06/27/2013 | 1227 (p.5333) | 755 (p.4505) SEALED EXHIBITS as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, George Sanchez (Attachments: # 1 (p.3906) Exhibit, # 2 (p.3910) Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 (p.3958) Exhibit). (Physical exhibits placed in vault).(je) (Entered: 06/24/2016) |
| 07/01/2013 | 761 | Minute Entry for proceedings held before Judge Alia Moses:Jury Trial as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez held on 7/1/2013; Transcripts were admitted during the trial as aids to Exhibits. Defendant Raul Rodriguez (01) found |

| | | |
|---|---|---|
| | | guilty to Count 1 and 2; Defendant Mike Cassiano (02) found Guilty to Counts 1, 3 and 5; Defendant Cristobal Velasquez (03) found Guilty to Counts 1, 3 and 4; Sentencing for Raul Rodriguez, Mike Cassiano and Cristobal Velasquez set for 12/02/2013 at 9:00 AM (Minute entry documents are not available electronically.) EXHIBITS have been placed in Vault. (Court Reporter Vickie Garza.) (jaw) (Entered: 07/02/2013) |
| 07/01/2013 | 762 (p.4518) | Court's Instructions to Jury as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez (jaw) (Entered: 07/02/2013) |
| 07/01/2013 | 763 (p.4581) | ORDER as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez. Signed by Judge Alia Moses. (jaw) (Entered: 07/02/2013) |
| 07/01/2013 | 766 (p.4582) | JURY VERDICT (Redacted Version) as to Cristobal Velasquez (3) Guilty on Count 1,3,4. filed. Unredacted Version Sealed pursuant to E-Government Act of 2002. (jaw) (Entered: 07/02/2013) |
| 07/01/2013 | 769 (p.4584) | ORDER Setting Sentencing as to Cristobal Velasquez Sentencing set for 12/2/2013 09:00 AM before Judge Alia Moses,. Signed by Judge Alia Moses. (jaw) (Entered: 07/02/2013) |
| 08/28/2013 | 780 (p.4585) | TRANSCRIPT REQUEST by AUSA Patrick Burke as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez for proceedings held on 06/24/13-07/01/13 before Judge Alia Moses. Proceedings Transcribed: Jury Trial. Court Reporter: Vickie Lee Garza. (kc1) (Entered: 08/28/2013) |
| 10/08/2013 | 794 (p.4586) | ORDER as to Cristobal Velasquez, Sentencing re-set for 3/4/2014 11:00 AM before Judge Alia Moses. Signed by Judge Alia Moses. (mg) (Entered: 10/08/2013) |
| 10/15/2013 | 797 (p.4670) | TRANSCRIPT filed of Proceedings as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata held on June 25, 2013 Proceedings Transcribed: Day 2 of Jury Trial. Court Reporter/Transcriber Vickie Garza, Telephone number 210-382-7833. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 11/5/2013, Redacted Transcript Deadline set for 11/15/2013, Release of Transcript Restriction set for 1/13/2014, (Garza, Vickie-Lee) (Entered: 10/15/2013) |
| 10/15/2013 | 798 (p.4968) | TRANSCRIPT filed of Proceedings as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata held on June 26, 2013 Proceedings Transcribed: Day 3 of Jury Trial. Court Reporter/Transcriber Vickie Garza, Telephone number 210-382-7833. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will |

| | | |
|---|---|---|
| | | mail a copy of this notice to parties not electronically noticed. Redaction Request due 11/5/2013, Redacted Transcript Deadline set for 11/15/2013, Release of Transcript Restriction set for 1/13/2014, (Garza, Vickie-Lee) (Entered: 10/15/2013) |
| 10/15/2013 | 799 (p.5196) | TRANSCRIPT filed of Proceedings as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata held on June 27, 2013 Proceedings Transcribed: Day 4 of Jury Trial. Court Reporter/Transcriber Vickie Garza, Telephone number 210-382-7833. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 11/5/2013, Redacted Transcript Deadline set for 11/15/2013, Release of Transcript Restriction set for 1/13/2014, (Garza, Vickie-Lee) Modified on 1/5/2016 to correct trial day(kc). (Entered: 10/15/2013) |
| 10/15/2013 | 800 (p.5275) | TRANSCRIPT filed of Proceedings as to Raul Rodriguez, Mike Cassiano, Cristobal Velasquez, Sotero Rodriguez Martinez, Chuco Mario Martinez, Larry Munoz, Jr, Jose Andres Torres, Brian Esparza, Charles Esparza, Ervey Sanchez, Mark Anthony Vela, Mario Alberto Gonzales, Charles Olan Quintanilla, George Sanchez, Inez Mata held on July 1, 2013 Proceedings Transcribed: Day 5 of Jury Trial. Court Reporter/Transcriber Vickie Garza, Telephone number 210-382-7833. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 11/5/2013, Redacted Transcript Deadline set for 11/15/2013, Release of Transcript Restriction set for 1/13/2014, (Garza, Vickie-Lee) (Entered: 10/15/2013) |
| 11/06/2013 | 812 (p.4587) | ORDER DENYING 589 Motion in Limine as to Raul Rodriguez (1); DENYING 485 as to Mike Cassiano (2); DENYING 614 (p.4333) Motion in Limine as to Cristobal Velasquez (3)Motion to Exclude Testimony of Proposed Gang and Criminal Organization Experts(ECF Nos. 589, 485, 614)and admitted Mr. Hauses expert testimony at trial.. Signed by Judge Alia Moses. (mg) (Entered: 11/06/2013) |
| 12/12/2013 | 842 (p.4596) | ORDER as to Cristobal Velasquez, Sentencing RESET for 6/12/2014 02:00 PM before Judge Alia Moses. Signed by Judge Alia Moses. (bb) (Entered: 12/12/2013) |
| 03/03/2014 | 868 (p.4597) | ORDER as to Cristobal Velasquez, Sentencing re-set for 10/20/2014 03:00 PM before Judge Alia Moses. Signed by Judge Alia Moses. (mg) (Entered: 03/03/2014) |
| 08/14/2014 | 904 (p.4598) | ORDER RESETTING Sentencing as to Cristobal Velasquez Sentencing RESET for 3/9/2015 11:00 AM before Judge Alia Moses,. Signed by Judge Alia Moses. (mgc) (Entered: 08/14/2014) |
| 09/08/2014 | 917 (p.4599) | MOTION For Authority Of The Court To Pay Interim Attorney's Fees To Court-Appointed Counsel as to Cristobal Velasquez. (je) (Entered: 09/09/2014) |
| 10/30/2014 | | |

| | 952 (p.4602) | ORDER GRANTING 917 (p.4599) Motion For Authority Of The Court To Pay Interim Attorney's Fees To Court-Appointed Counsel as to Cristobal Velasquez (3). Signed by Judge Alia Moses. (je) (Entered: 10/30/2014) |
|---|---|---|
| 01/06/2015 | 963 (p.4603) | ORDER RESETTING Sentencing as to Cristobal Velasquez Sentencing RESET for 10/15/2015 11:00 AM before Judge Alia Moses,. Signed by Judge Alia Moses. (mgc) (Entered: 01/06/2015) |
| 09/22/2015 | 1042 (p.5702) | INITIAL DISCLOSURE OF PRESENTENCE REPORT as to Cristobal Velasquez by Officer Durand, Heather. Objections to the PSR must be submitted directly to the Probation Department. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 10 days) (Attachments: # 1 (p.3906) (Gridley, V.) (Entered: 09/22/2015) |
| 09/29/2015 | 1051 (p.4604) | MOTION to Extend Time by Cristobal Velasquez. (Villarreal, Gary) (Entered: 09/29/2015) |
| 09/30/2015 | 1059 (p.4608) | ORDER Re-Setting Sentencing as to Cristobal Velasquez Sentencing RESET for 11/30/2015 04:00 PM before Judge Alia Moses. Signed by Judge Alia Moses. (jj2) (Entered: 09/30/2015) |
| 09/30/2015 | 1063 (p.4609) | ORDER GRANTING 1051 (p.4604) Motion to Extend Time as to Cristobal Velasquez (3). Deadline has been extended to 10/21/15. Signed by Judge Alia Moses. (mgc) (Entered: 09/30/2015) |
| 11/20/2015 | 1115 (p.5736) | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Cristobal Velasquez by Officer Heather M. Durand. (Document available to court only) (Attachments: # (1-2)(Vargas, J.) (Entered: 11/20/2015) |
| 11/20/2015 | 1116 (p.5769) | REVISED PRESENCE REPORT AND ADDENDUM as to Cristobal Velasquez by Officer Heather M. Durand. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 10 days) (Attachments: # 1 (p.3906))(Vargas, J.) (Entered: 11/20/2015) |
| 11/24/2015 | 1126 (p.4610) | ORDER Re-Setting Sentencing as to Cristobal Velasquez Sentencing RESET for 11/30/2015 03:00 PM before Judge Alia Moses. Signed by Judge Alia Moses. (ls) (Entered: 11/24/2015) |
| 11/30/2015 | 1133 | Minute Entry for proceedings held before Judge Alia Moses:Sentencing held on 11/30/2015 for Cristobal Velasquez (3), Count(s) 1, Sentenced to Life imprisonment to run concurrently to counts 3 and 4; credit for time served; 5 years supervised release to run concurrently to counts 3 and 4; Fine Waived; $100 Special Assessment; Count(s) 3, Sentenced to 120 months imprisonment to run concurrently to counts 1 and 4; Credit for time served ; 3 years supervised release to run concurrently to counts 1 and 4; Fine Waived; $100 Special Assessment; Count(s) 4, Sentenced to Life imprisonment to run concurrently to counts 1 and 3; credit for time served; 5 years supervised release to run concurrently to counts 1 and 3; Fine Waived; $100 Special Assessment. (Minute entry documents are not available electronically.) (Court Reporter Vickie Lee Garza.) (ls) (Entered: 12/01/2015) |
| 12/08/2015 | 1147 (p.4611) | Appeal of Final Judgment by Cristobal Velasquez. No filing fee submitted (Villarreal, Gary) (Entered: 12/08/2015) |
| 12/08/2015 | 1148 (p.4613) | MOTION to Withdraw as Attorney by Cristobal Velasquez. (Villarreal, Gary) (Entered: 12/08/2015) |

| | | |
|---|---|---|
| 12/08/2015 | | *** 1147 (p.4611) NOTICE OF APPEAL following 1147 (p.4611) Notice of Appeal (E-Filed) by Cristobal Velasquez Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the Form CJA 24 should also be completed. Both forms are available in the Clerk's Office or by clicking the hyperlinks above. (je) (Entered: 12/08/2015) |
| 12/09/2015 | 1153 (p.4618) | JUDGMENT AND COMMITMENT as to Cristobal Velasquez. Signed by Judge Alia Moses. (ls) (Entered: 12/10/2015) |
| 12/09/2015 | 1154 (p.5802) | Sealed Statement of Reasons as to Cristobal Velasquez (SOR documents are not available electronically.) (ls) (Entered: 12/10/2015) |
| 12/09/2015 | 1157 (p.4625) | ORDER APPOINTING COUNSEL as to Cristobal Velasquez: Case J. Darwin for Cristobal Velasquez appointed.. Signed by Judge Collis White. (ls) (Entered: 12/10/2015) |
| 12/09/2015 | 1158 (p.4626) | ORDER GRANTING 1148 (p.4613) Motion to Withdraw as Attorney as to Cristobal Velasquez (3). Signed by Judge Alia Moses. (ls) (Entered: 12/10/2015) |
| 12/09/2015 | | Attorney Gary A. Villarreal terminated as to Cristobal Velasquez. (ls) (Entered: 12/10/2015) |
| 01/11/2016 | 1198 (p.4627) | TRANSCRIPT REQUEST by Attorney Case Darwin as to Cristobal Velasquez for dates of 6/25/13 - 6/27/13, 7/1/13 before Judge Alia Moses,. Proceedings Transcribed: Trial. Court Reporter: Vickie Garza. re Notice of Appeal - Final Judgment (ccr). TRANSCRIPTS ON FILE IN CLERK'S OFFICE. Modified text on 2/22/2016 (je). (Entered: 01/13/2016) |
| 01/11/2016 | 1200 (p.4628) | TRANSCRIPT REQUEST by Attorney Case Darwin as to Cristobal Velasquez for dates of 11/30/15 before Judge Alia Moses,. Proceedings Transcribed: Sentencing. Court Reporter: Vickie Garza. re Notice of Appeal - Final Judgment,, Transcript due by 2/11/2016, (ccr) (Entered: 01/13/2016) |
| 02/11/2016 | 1209 (p.5302) | TRANSCRIPT filed of Proceedings as to Cristobal Velasquez held on 11/30/2015 Proceedings Transcribed: Sentencing. Court Reporter/Transcriber Vickie Garza, Telephone number 210-382-7833. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 3/3/2016, Redacted Transcript Deadline set for 3/14/2016, Release of Transcript Restriction set for 5/11/2016, Appeal Record due by 2/26/2016, (Garza, Vickie-Lee) (Entered: 02/11/2016) |
| 05/12/2016 | 1215 (p.4630) | Judgment and Commitment Returned Executed as to Cristobal Velasquez on 2/6/2016. (ls) (Entered: 05/12/2016) |

**Record Excerpt 2**

**REDACTED COPY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. |
| | § | |
| , | § | **SEALED INDICTMENT** |
| | § | |
| | § | [Violations: |
| CRISTOBAL VELASQUEZ (3), | § | 18 U.S.C. § 2; |
| a/k/a Little Cris | § | 18 U.S.C. § 1959(a)(1); |
| SOTERO RODRIGUEZ MARTINEZ (4), | § | 18 U.S.C. § 1959(a)(5); |
| a/k/a June | § | 18 U.S.C. § 1962(c); |
| CHUCO MARIO MARTINEZ (5), | § | 18 U.S.C. § 1962(d)] |
| a/k/a Mariachi | § | |
| LARRY MUNOZ, JR. (6), | § | |
| a/k/a Little Larry | § | |
| (7), | § | |
| | § | |
| BRIAN ESPARZA (8), | § | |
| a/k/a Tata | § | |
| CHARLES ESPARZA (9), | § | |
| a/k/a Horse | § | |
| ERVEY SANCHEZ (10), | § | |
| a/k/a Mad Max | § | |
| MARK ANTHONY VELA (11), | § | |
| 12), | § | |
| | § | |
| CHARLES OLAN QUINTANILLA (13), | § | |
| GEORGE SANCHEZ (14), | § | |
| a/k/a Curious, | § | |
| INEZ MATA, (15) | § | |
| a/k/a Bebito, | § | |

**DR11CR1781**

<u>COUNT ONE</u>

The Grand Jury charges:

<u>The Enterprise</u>

1. At various times relevant to this Indictment

, CRISTOBAL VELASQUEZ, SOTERO RODRIGUEZ

MARTINEZ, a/k/a "June," CHUCO MARIO MARTINEZ, a/k/a "Mariachi,"

LARRY MUNOZ, JR., a/k/a "Little Larry,"

BRIAN ESPARZA , a/k/a "Tata," CHARLES ESPARZA, a/k/a

"Horse," ERVEY SANCHEZ, a/k/a "Mad Max," MARK ANTHONY VELA,

CHARLES OLAN QUINTANILLA,

GEORGE SANCHEZ, a/k/a "Curious," INEZ MATA, a/k/a "Bebito," and

others known and unknown, were members and associates of the

Texas Syndicate, a criminal organization whose members and

associates engaged in acts of violence, including murder,

conspiracy to commit  murder, extortion and narcotics

distribution, and which operated principally in the Western

District of Texas.

2.    The Texas Syndicate, including its leadership,

membership and associates, constituted an "enterprise," as

defined by Title 18, United States Code, Section 1961(4), that

is, a group of individuals associated in fact.  The enterprise

constituted an ongoing organization whose members functioned as a

continuing unit for a common purpose of achieving the objectives

of the enterprise.  The enterprise (hereinafter "the Texas

Syndicate," "TS," or "the enterprise") was engaged in, and its

activities affected, interstate and foreign commerce.

3.    The Texas Syndicate originated in the early 1970's in

the California prison system as a response to other prison gangs

that were preying on native Texan inmates.  These Texas offenders

banded together for protection purposes and became known as one

of the most feared prison gangs within the California prison

system.  After being released from California prisons these
inmates returned to Texas, often returning to violence and
re-entering the prison system.  As a result, members were able to
expand their control throughout the Texas Department of Criminal
Justice (TDCJ) prison system.  Since the late 1970's, the TDCJ
has seen a gradual increase in TS-related activities within the
system and the Texas Syndicate remains one of the main security
threats within the TDCJ.

4.    TS rules are strictly enforced, primarily resulting in
violent attacks on and executions of TS members who violate
their rules.  Furthermore, that degree of control has carried to
communities in which TS members reside.  Once out of prison, many
TS members continue to commit violent offenses, narcotics-related
offenses, and other illegal activities in the area of the country
where the members are living and associating with each other.

5.    The gang is commonly referred to as *Sindicato Tejano*,
*Ese Te*, "Twisted Sister," "Teresa Sanchez" and *Cuernos*.  TS
membership is comprised predominantly of Texas-born Mexican-
American males and operates under a formal paramilitary
organizational structure with a constitution and strict
established rules.

6.    Texas Syndicate members frequently refer to each other
as *carnal* (brother) and maintain a distinct identity by
establishing and enforcing specific TS rules, holding meetings,
utilizing TS gang signs (horns), and by maintaining a close

relationship with fellow gang members and their associates

throughout the state. Some, but not all, TS members have TS

tattoos. These tattoos commonly include horns (*cuernos*, in

Spanish), words containing the letters "T" and "S," or various

objects in the shape of a "T" and an "S." Members consider it to

be an offense against the organization for a nonmember to have a

TS tattoo or to assert membership in the Texas Syndicate prior to

becoming a full member. Although obtaining TS-related tattoos

was once a common practice, some TS members now avoid obtaining

tattoos in order to shield their association with the TS from law

enforcement. This allows members to function with less

oversight, especially within the prison system.

   7.   Members of the TS are bound by a set of strict rules

which ensure loyalty to and participation in the enterprise's

criminal activities. The rules require that a member continue

his participation in the enterprise's criminal activities while

in prison. The rules also require that a member continue his

participation in the organization upon his release from prison.

After release from prison, a TS member is required to contact the

high-ranking member in the geographical area where the released

member intends to reside. No member is permitted to break away

from the group. Membership is for life. Any violation of the

rules may result in harsh penalties, including death. A member

who violates the rules and loses favor becomes a *muleta*, a term

which is used to mean "a problem." Such a violation may result

in the TS bringing its own official gang-based charges against the member who is being accused of violating the rules. The strict rules and harsh discipline governing the Texas Syndicate help insure that the organization's members and associates function as a continuing unit despite any changes in membership.

8.    The rules of the Texas Syndicate prohibit the distribution of information regarding fellow members to law enforcement. Texas Syndicate members, therefore, generally attempt to conceal their association with the TS from law enforcement. If several TS members commit a crime, it is not uncommon for one member to demonstrate his loyalty by taking responsibility for the crime in order to shield other TS brothers from the attention of law enforcement. TS members will also assist a fellow member in his pending criminal case. A TS member will attempt to discover the evidence that will be used against the fellow member or discover the names of the witness or witnesses who will provide testimony in trial.

9.    The TS rules provide that the TS is to come before family. *Carnales* make sure that the rules are known. It is understood that members and prospects of the TS may receive a telephone call and instructions to commit a crime including homicide for the Texas Syndicate at any time. Regardless of the member's friendship or association with the victim, the orders are to be carried out since the rules mandate that the TS comes first, even before family. The soldiers and prospects

(*prospectos* in Spanish) are often used to carry out violent TS business. Sometimes, members who have a problem or *muleta* that they need to work off in order to achieve better status with the TS are called upon to perform the ordered task. The task would range from a serious assault to murder. The TS will not hesitate to kill anyone who interferes with the business of the gang or who commits a violation of Texas Syndicate rules.

10.   Members of the Texas Syndicate regularly held meetings (sometimes referred to as "barbeques" or *juntas*) where members would discuss and vote on important decisions. Prospects were generally not allowed to make decisions or be present inside the meetings and were required to stand outside when such decisions were made. However, prospects stood ready to carry out decisions made at these meetings as this would help improve their status in the organization.

11.   Members of the Texas Syndicate maintain regular communication with members who have been imprisoned. Such communication is often through letters and telephone calls. Coded language is frequently utilized in order to mislead law enforcement as to the true message contained in the letters or telephone calls. This coded language is often hidden in an otherwise meaningless letter or telephone call. Examples of coded language indicating that someone is to be eliminated include putting an "X" over the name of the individual or by referring to this targeted individual as "X." Additionally, TS

members will state that this targeted individual has a "green

light," or has been designated as a problem (*muleta*).   A member

who has fallen out of favor might also be referred to in the

feminine form.   Rival gang members may also be referred to in the

feminine form.   If a *muleta* is ordered, the TS will refer to this

*muleta* or order as having a "green light."

12.   The Texas Syndicate's control of those in prison is so

far-reaching that members both in and out of prison follow a

procedure by which the TS ensure that members are not and have

not been police informants.   The procedure is referred to as

"clearing" a TS member or "running the lights."   Members in

prison were "cleared" by exhibiting documentation such as plea

agreements, presentence investigation reports, judgments or other

case-related document, to enable higher-ranking members to verify

that the person to be "cleared" did not cooperate with law

enforcement.

13.   Coded language was commonly utilized during drug

related phone calls.   Cocaine might be referred to by many names

including "sheet rock," "girls," "teenager," "teener," "french

fries," "bacon," "white shirt" and "flour."   Marijuana might be

referred to by names including "elbows," "feed," "stuff for

horses," "hay for horses," "green" and "grass."   Methamphetamines

were commonly referred to as "ice," "crystal," "windshields,"

"the cold stuff" and "yellow."   Suppliers and customers would

also use abbreviated numbers to indicate quantity and price, such

as an order for "a whole onion" that cost at least "7 bucks,"
meaning that an order of an ounce of cocaine would cost $700.
When cocaine was available, the supplier might tell his customers
that he had "work" available.  The quality of cocaine was
frequently discussed in terms of how "pretty" or "how good the
girls are."  Payments for drugs were often called "receipts" and
"cheese."

14.  The power of the Texas Syndicate is utilized to create
fear and intimidation that shields members, ensures the timely
payment of drug debts, and prevents the theft of members' drugs
or money.  Violent retribution is an important activity of the
enterprise.  Such retribution helps enforce loyalty to the
organization which is necessary for ensuring the smooth running
of the drug distribution business as well as maintaining
discipline within the enterprise.  Members and prospects are made
aware that the affiliation with the TS requires their assistance
with the criminal activity of the enterprise when called upon to
do so and is an important step toward obtaining higher status in
the organization.

### Purposes of the Enterprise

15.  The purposes of the enterprise included the following:

a.  Enriching the members and associates of the
enterprise through, among other things, distribution of
narcotics, extortion and robbery.

b.  Preserving and protecting the power, territory and

15-51164.4644

profits of the enterprise through the use of intimidation, violence, threats of violence, assaults and murder.

c.   Promoting and enhancing the enterprise and its members' and associates' activities.

d.   Maintaining a powerful organization that could protect members and provide financial opportunities through criminal activity.

e.   Keeping victims in fear of the enterprise and in fear of its members and associates through threats of violence and violence.

16.   Pursuant to this objective, members acted to protect each other and to build a strong, disciplined organization through intimidation and violent retribution against outsiders and through strict and harsh discipline of members and associates who violated the rules and goals of the enterprise.

### Roles of the Defendants

17.   The defendants participated in the operation and management of the enterprise using an established hierarchy.

a.   Although the Texas Syndicate is a national organization with central governing rules, including a constitution, members developed geographical groups to better serve the criminal aims of the organization.  Each of these geographical groups has some autonomy in deciding how they will achieve their criminal aims, as long as they do not stray too far from the governing rules of the organization.

b.   The enterprise has a hierarchy for making decisions.  There is a *Sillon* or Chairman for each region or institution who oversees, supervises, directs, and authorizes all TS activities for that region and institution.

c.   A Lieutenant acts as an advisor or assistant to the *Sillon* and other ranking members.

d.   Sergeants enforce rules and collect votes when instructed.

e.   The following Defendants were leaders of the enterprise who, at various times during the racketeering conspiracy, directed other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs:

SOTERO RODRIGUEZ MARTINEZ, a/k/a "June," currently a *carnal* in the Texas Syndicate after being removed from the *Sillon* position in June, 2011;
CHUCO MARIO MARTINEZ, a/k/a "Mariachi," currently a *carnal* in the Texas Syndicate who served as Lieutenant from October 2010 until his removal in June, 2011;
LARRY MUNOZ, JR., a/k/a "Little Larry," a Lieutenant in the Texas Syndicate as of June 2011;
currently a *carnal* in the Texas Syndicate  who previously held the position of *Sillon*;
BRIAN ESPARZA, a/k/a "Tata," a Lieutenant in the Texas Syndicate until October 24, 2010;
INEZ MATA, a/k/a "Bebito," currently a *carnal* in the Texas Syndicate who previously held the position of Sergeant for approximately ten years until his removal in June, 2011.

f.   Under the direction of the leaders of the enterprise, the defendants

, CRISTOBAL VELASQUEZ, a/k/a "Little Cris," CHARLES ESPARZA, ERVEY SANCHEZ, a/k/a "Mad Max," MARK ANTHONY VELA, " and GEORGE SANCHEZ, a/k/a "Curious," participated in unlawful and other activities in furtherance of the conduct of the enterprise's affairs.

g.  Soldiers are the non-ranking members who carry out many of the criminal activities.

h.  Prospects or *prospectos* are individuals attempting to become a Soldier or *Cuerno*.

i.  TS members, from the *Sillon* to Soldiers, are commonly referred to as a *Cuerno* (Spanish for horn) and refer to each other as *carnal* meaning brother in colloquial Spanish.

j.  "Stores" is a term used by the TS to refer to the individuals (members, prospects and/or associates) who sell user amounts of various drugs with TS authorization and under the responsibility of the *Sillon* in each area.

k.  Individuals who perform work for the Texas Syndicate, but are not members or prospects, are referred to as associates.

l.  Members of the enterprise who carried out unlawful and other activities in furtherance of the conduct of the enterprise's affairs included:

CRISTOBAL VELASQUEZ, a/k/a "Little Cris," currently a

*carnal* in the Texas Syndicate;
**CHARLES ESPARZA**, a/k/a/ "Horse," currently a *carnal* in
the Texas Syndicate;
**ERVEY SANCHEZ**, a/k/a "Mad Max," currently a *carnal* in
the Texas Syndicate;
**MARK ANTHONY VELA** currently a prospect of the Texas
Syndicate;


**GEORGE SANCHEZ**, a/k/a "Curious," currently a *carnal* in
the Texas Syndicate;
**CHARLES OLAN QUINTANILLA**, currently an associate of the
Texas Syndicate.

### Means and Methods of the Enterprise

18.   Among the means and methods by which the defendants and
their associates conducted and participated in the conduct of the
affairs of the enterprise were the following:

a.   Members of the enterprise and their associates
trafficked in marijuana, cocaine and methamphetamine.

b.   Members of the enterprise and their associates
used, attempted to use, and conspired to use extortion and
robbery, which affected interstate commerce.

c.   Members of the enterprise and their associates
committed, attempted and threatened to commit acts of violence,
including murder and extortion, to protect and expand the
enterprise's criminal operations.

d.   Members of the enterprise and their associates
promoted a climate of fear through violence and threats of
violence.

e.   Members of the enterprise and their associates
used and threatened to use physical violence against various

individuals both inside and outside of the enterprise.

### The Racketeering Conspiracy

19.   From in or about and January 1, 2002 through the date
of this Indictment, both dates being approximate and inclusive,
within the Western District of Texas and elsewhere, the
defendants,                              , CRISTOBAL VELASQUEZ,
SOTERO RODRIGUEZ MARTINEZ, a/k/a "June," CHUCO MARIO MARTINEZ,
a/k/a "Mariachi," LARRY MUNOZ, JR., a/k/a "Little Larry,"
                    ' BRIAN ESPARZA , a/k/a "Tata,"
CHARLES ESPARZA, a/k/a "Horse," ERVEY SANCHEZ, a/k/a "Mad Max,"
MARK ANTHONY VELA,
CHARLES OLAN QUINTANILLA, GEORGE SANCHEZ, a/k/a "Curious," and
INEZ MATA, a/k/a "Bebito," together with other persons known and
unknown, being persons employed by and associated with the Texas
Syndicate, an enterprise, which engaged in, and the activities of
which affected, interstate and foreign commerce, knowingly, and
intentionally conspired to violate 18 U.S.C. § 1962(c), that is,
to conduct and participate, directly and indirectly, in the
conduct of the affairs of the enterprise through a pattern of
racketeering activity involving multiple acts involving the
distribution of narcotic drug controlled substance including
cocaine, marijuana, and methamphetamine, in violation of the laws
of the United States, Sections 841(a)(1) and (b)(1)(B) and 846 of
Title 21, United States Code, and 18 U.S.C. Section 1951
(Extortion), and multiple acts indictable under the following

state offenses:

     A.  Robbery, chargeable under Texas Penal Code, Section 29.02, 29.03, 15.01, 15.02, 15.03, 7.01 and 7.02; and

     B.  Murder, chargeable under Texas Penal Code, Section 19.02, 15.01, 15.02, 15.03, 7.01 and 7.02;

    20.  It was a further part of the conspiracy that the defendants agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

## Overt Acts

    21.  In furtherance of the racketeering conspiracy, and to effect the objects thereof, the defendants and their co-conspirators committed and caused to be committed the following overt acts, among others, on or about the following dates, in the Western District of Texas and elsewhere:

    22.  On or about October 13, 2002,                    and a person known to the Grand Jury were responsible for distributing a large amount of the narcotics moving between Uvalde and Austin, Texas.

    23.  On or about October 13, 2002, members of the Texas Syndicate met and decided to kill Rogelio Mata.

    24.  On October 13, 2002, Mata was seen leaving a store with                    and three other men, all of whom were identified as being members of the Texas Syndicate.

    25.  On or about October 13, 2002,                    and a

person known to the Grand Jury drove Rogelio Mata outside Uvalde, Texas where they shot and killed Mata.

26.  On or about December 23, 2005, members of the Texas Syndicate met and decided to kill Jose Guadalupe De la Garza.

27.  On December 23, 2005, **CRISTOBAL VELASQUEZ, CHUCO MARIO MARTINEZ** and persons known to the Grand Jury assaulted Domingo Guadalupe Guajardo in order to intimidate his father and the family.

28.  On December 23, 2005, **CRISTOBAL VELASQUEZ, CHUCO MARIO MARTINEZ** and persons known to the Grand Jury committed a burglary at the home Jose Guadalupe De la Garza located in Uvalde, Texas, by forcefully entering the home and assaulting Domingo Guadalupe Guajardo, De la Garza's son.

29.  On December 23, 2005, **CHUCO MARIO MARTINEZ** placed a knife to the throat of Domingo Guadalupe Guajardo and said, "you wanted a war, you got a war," referring to the trouble which a member or associate could face when that person distributes narcotics to rival gangs.

30.  On December 25, 2005, a person known to the Grand Jury was seen approaching the home of Jose Guadalupe De la Garza while holding a firearm moments before gunshots were heard at the De la Garza home.  Moments later, that person shot and killed Jose Guadalupe De la Garza with a firearm.

31.  On December 25, 2005, **CRISTOBAL VELASQUEZ** and others known to the Grand Jury were seen driving away from Jose

Guadalupe De la Garza's home moments after De la Garza's murder.

33.  On or about August 12, 2009, **LARRY MUNOZ, JR.** and **BRIAN ESPARZA** were recorded discussing TS-related business involving having a TS member "cleared," referring to ensuring that a member is in good standing with the Texas Syndicate and not a police informant.

34.  On or about August 23, 2009, **LARRY MUNOZ, JR.** and **SOTERO RODRIGUEZ MARTINEZ** were recorded discussing TS-related business involving the status of a TS member in another correctional facility.  In the course of this conversation, **MUNOZ** asked that **RODRIGUEZ MARTINEZ** report back on the status because

MUNOZ received instructions to inquire.

35.  On or about November 9, 2009, members of the Texas Syndicate met and decided to kill Jesse James Polanco because they believed he was a police informant.

36.  On or about November 9, 2009, acting on the TS decision to kill Jesse James Polanco, **ERVEY SANCHEZ** shot and killed Jesse James Polanco.

37.  On or about January 24, 2010, the purchase of one quarter-pound of marijuana was negotiated with **MARK ANTHONY VELA** for $150 by a person known to the Grand Jury.

38.  On or about February 13, 2010, members of the Texas Syndicate met and decided to threaten a person known to the Grand Jury, thereby forcing that person to rob a bank in order to pay money to the Texas Syndicate.

39.  On or about February 13, 2010, **SOTERO RODRIGUEZ MARTINEZ,** who was then the *Sillon* for the Texas Syndicate, and **GEORGE SANCHEZ** directed a person known to the Grand Jury to rob a bank.

40.  On or about February 16, 2010, a person known to the Grand Jury robbed the IBC Bank located inside the HEB located at 201 East Main Street in Uvalde, Texas, as directed by **SOTERO RODRIGUEZ MARTINEZ** and **GEORGE SANCHEZ,** taking approximately $3,110 in U.S. currency.

41.  On or about April 19, 2010,                         was intercepted discussing TS-related business while

was incarcerated.  In the course of this conversation,

also discussed contact with a person known to the Grand Jury and "Africa," which is identified as the Texas Department of Criminal Justice's Coffield Unit, the unit housing the highest ranking TS members.

42.  On or about April 19, 2010,                 and **SOTERO RODRIGUEZ MARTINEZ** were intercepted in a telephone call during which               gave **MARTINEZ** advice on how to "handle" another TS member.  In the course of this conversation, told **MARTINEZ** to send the unknown male a message and added that             was doing time for a *muleta* and for the *cuerno*.

added that the unknown male was taking "stuff that is mine."

43.  On April 20, 2010,                 and **SOTERO RODRIGUEZ MARTINEZ** were intercepted in a telephone call during which **MARTINEZ** asked            whether the TS had an open line from his unit to "Africa," to which            replied that there is. "Having an open line" refers to the ability of TS members in          's unit to communicate with TS members in the Texas Department of Criminal Justice's Coffield Unit, which is the unit housing the highest ranking TS members.

15-51164.4654

45.  On or about June 19, 2010,                and **LARRY MUNOZ, JR.**, were intercepted in a telephone call during which **MUNOZ** inquired whether a TS member from Corpus Christi, Texas, was a *muleta* which needed to be dealt with by murder, to which                replies "yeah."

48.  On or about July 8, 2010,                and                were intercepted in a telephone call during which they discussed TS-related activity and events which occurred at a recent meeting.  In the course of the conversation,                reported to                that someone had received a *muleta*.                then inquired about the issues expected to be presented at the next meeting and added that **SOTERO RODRIGUEZ MARTINEZ** should be removed from his position as *Sillon*.

15-51164.4655

49.  On or about August 14, 2010, members of the Texas Syndicate held a meeting during which **SOTERO RODRIGUEZ MARTINEZ, LARRY MUNOZ, JR.,**          **, BRIAN ESPARZA, CHARLES ESPARZA, GEORGE SANCHEZ** and **INEZ MATA** decided and agreed to kill Ramon Rodriguez, a/k/a "Spider."

50.  On or about August 27, 2010, text messages were intercepted between **MARK ANTHONY VELA** and an unknown individual wherein the unknown individual sent a text message to **VELA** which said, "need 7 yards of concrete poured today," referring to needing seven ounces of cocaine.

51.  On or about August 31, 2010, 4.024 ounces (111.6 grams) of cocaine was purchased from **MARK ANTHONY VELA** and          by a person known to the Grand Jury.

52.  On or about September 9, 2010, **MARK ANTHONY VELA** was intercepted receiving a text message from an unknown individual using coded language.  The text message said, "Prim how much would u charge me for 4 hole yards and 3 quarters," referring to four and three-quarter ounces of cocaine.

53.  On or about September 9, 2010, **MARK ANTHONY VELA** was intercepted sending a text message to a person known to the Grand Jury using coded language.  The unknown individual had inquired about the price of four and three-quarter ounces of cocaine. **VELA** responded by saying, "Gv me 7 4 each hole n I giv u da 3qtr 4 4dollars wch eme out 2 32," referring to a price quote of $700 per ounce and $400 per three-quarter ounce, totaling $3,200 in

U.S. currency.

54.   Between August and September, 2010, **MARK ANTHONY VELA**
was acting as a drug distributor to a person known to the Grand
Jury, an associate of the Texas Syndicate.

55.   Between August and September, 2010, **MARK ANTHONY VELA**
gave a person known to the Grand Jury an undetermined amount of
drugs, but the person known to the Grand Jury failed to pay **VELA**
for the drugs within a certain period of time.

56.   On or about September 9, 2010, text message were
intercepted between **MARK ANTHONY VELA** and a person known to the
Grand Jury wherein they negotiated the sale of four and three-
quarter ounces of cocaine using coded language.  In the course of
the conversation in text, **VELA** quoted a price of $700 for each
ounce and $400 for the three-quarter ounce.

57.   On or about September 17, 2010, **MARK ANTHONY VELA** and
**CHARLES OLAN QUINTANILLA** were intercepted in a phone call wherein
they discussed marijuana using coded language.

58.   On or about September 18, 2010, **MARK ANTHONY VELA**
pressured a person known to the Grand Jury to pay **VELA** for the
narcotics **VELA** had previously provided to the known person and
elicited the help of                       and **CHARLES OLAN
QUINTANILLA** to do the same.

59.   On or about September 18, 2010, **MARK ANTHONY VELA** and
**SOTERO RODRIGUEZ MARTINEZ** were intercepted in a phone call

wherein they discussed narcotics using coded language.  In the
course of this conversation, **VELA** asked whether **MARTINEZ** needed
marijuana that evening to sell, to which **MARTINEZ** replied that he
did.

60.  On or about September 22, 2010, **MARK ANTHONY VELA** and
**CHUCO MARIO MARTINEZ** were intercepted in a phone call wherein
they discussed narcotics using coded language.  In the course of
this conversation, **VELA** promised to provide **CHUCO MARIO MARTINEZ**
with a better product and would supply **CHUCO MARIO MARTINEZ** with
"a whole one," referring to supplying **MARTINEZ** with one pound of
marijuana.

61.  On September 22, 2010, **MARK ANTHONY VELA** threatened to
stop providing narcotics to a person known to the Grand Jury
until that person paid the entire amount of the outstanding debt,
$500 in U.S. currency.

62.  On or about September 22, 2010, a TS associate known to
the Grand Jury and a known individual were intercepted in a phone
call wherein they discussed obtaining an "8" (an eighth of an
ounce of cocaine) and cutting it in half so that each of them
would have a sixteenth of an ounce.  The conversation revealed
that their narcotics supplier was

63.  On or about September 24, 2010, a person known to the
Grand Jury and **MARK ANTHONY VELA** were intercepted in a phone call
wherein they discussed narcotics using coded language.  In the
course of the conversation, the person known to the Grand Jury

asked that **VELA** supply the known person with two-sixteenths of an ounce of cocaine to sell and a small bag of cocaine for the known person's personal use.

64.  On or about September 29, 2010, **MARK ANTHONY VELA** and **CHUCO MARIO MARTINEZ** were intercepted in a phone call wherein they discussed narcotics using coded language.  In the course of the conversation, **MARTINEZ** discussed being ready to pay **VELA** for approximately three pounds of marijuana and added that **MARTINEZ** had a customer who requested three additional pounds for purchase.  **MARTINEZ** agreed to drive to Medina County and pick up the marijuana from **VELA**.  Surveillance revealed that **MARTINEZ** and **VELA** met in Medina County that evening.

65.  On or about October 2, 2010, 1.99 pounds of marijuana was seized from a person known to the Grand Jury after he agreed to transport the marijuana for **MARK ANTHONY VELA**.

67.  On or about October 9, 2010, **CHARLES OLAN QUINTANILLA** and a person known to the Grand Jury were intercepted in a phone call wherein they discussed the distribution of cocaine using

coded language.  In the course of the conversation, **QUINTANILLA**
said that others wanted to purchase cocaine from him at a
discounted price.  **QUINTANILLA** added that he was not "the big
guy," and that **QUINTANILLA** would have to pay the "big guy" money
for his supply, referring to TS prospect **MARK ANTHONY VELA**, who
supplied large quantities of narcotics to TS members and
associates for distribution.

68.  On or about October 16, 2010, **SOTERO RODRIGUEZ MARTINEZ**
and **CHUCO MARIO MARTINEZ** were intercepted in a phone conversation
wherein they discussed drug trafficking activities using coded
language.  In the course of the conversation, they also discussed
whether **CHUCO MARIO MARTINEZ** had received a cocaine shipment.

69.  On or about October 16, 2010, **SOTERO RODRIGUEZ MARTINEZ**
and **CHUCO MARIO MARTINEZ** were intercepted in a phone conversation
wherein they discussed narcotics using coded language.  In the
course of the conversation, **CHUCO MARIO MARTINEZ** told **SOTERO
RODRIGUEZ MARTINEZ** that he would deliver to **SOTERO RODRIGUEZ
MARTINEZ** "stuff" and later used the word "pot," referring to
marijuana.

70.  On or about October 22, 2010, **SOTERO RODRIGUEZ MARTINEZ**
and a person identified as "Chopper" were intercepted in a phone
conversation wherein they discussed narcotics using coded
language.  In the course of the conversation, "Chopper" asked to
purchase marijuana from **MARTINEZ** so "Chopper" could then sell it.

**MARTINEZ** agreed to supply "Chopper" with marijuana once he received a shipment and quoted a price of $550 and $600 per pound.

71.  On or about October 29, 2010, **SOTERO RODRIGUEZ MARTINEZ** and **CHUCO MARIO MARTINEZ** were intercepted in a phone conversation wherein they discussed narcotics using coded language.  In the course of the conversation, they discussed an opportunity to purchase marijuana at $400 per pound.  **CHUCO MARIO MARTINEZ** told **SOTERO RODRIGUEZ MARTINEZ** that he had seen the marijuana, and added that "it looked good."

72.  On or about November 2, 2010, during an intercepted telephone call, **SOTERO RODRIGUEZ MARTINEZ** and discussed a recent arrest of a woman.  In the course of the conversation,        said that the woman had been arrested for transporting thirty-three kilograms of cocaine and that she had been at        home just before departing on her trip.

73.  On or about November 4, 2010,            and **LARRY MUNOZ, JR.**, were intercepted in a phone conversation wherein they discussed Texas Syndicate leadership from Uvalde, events from a recent TS meeting, and a recent order to kill an unknown TS member.  In the course of the conversation,        advised **MUNOZ** on how to resolve some differences between **MUNOZ**,        , and persons known to the Grand Jury regarding an unpaid debt.        also advised **MUNOZ** to write to a person

known to the Grand Jury in order to explain the situation, and added that he                would send out a message and instruct other TS members on how to address a pending TS issue.

74. On or about November 8, 2010, a telephone call involving                and a person known to the Grand Jury were intercepted wherein                discussed TS-related business involving TS member **LARRY MUNOZ, JR.**  In the course of the conversation,                and the known person discussed **MUNOZ** having trouble with the TS.

75. On or about November 10, 2010, a telephone call involving                and a person known to the Grand Jury were intercepted wherein                discussed TS-related business involving TS members **LARRY MUNOZ, JR.** and **INEZ MATA**. In the course of the conversation, they discussed clearing someone in the TS, referring to an member being in good standing with the TS.  Hernandez then reported that **MATA** did not want anyone interfering with the clearing process.

76. On or about November 17, 2010, a person known to the Grand Jury purchased 2.1 grams of methamphetamine from **CHARLES OLAN QUINTANILLA.**

78. On or about November 30, 2010, a telephone call

involving                    , **LARRY MUNOZ, JR.**, and an unknown male were intercepted wherein they discussed Texas Syndicate leadership from both Uvalde and San Antonio, and related activity. While discussing TS-related activity, **MUNOZ** asked          to give him a complete run down of TS business.

79. On or about December 5, 2010, a telephone call involving                    and **LARRY MUNOZ, JR.** were intercepted wherein they discussed Texas Syndicate leadership, rules and its recent activity.

80. On or about March 7, 2011, a person known to the Grand Jury received a letter and photographs from **CHARLES ESPARZA** in which **ESPARZA** reported TS-related business, including an decision to kill someone. **ESPARZA** wrote, "[t]he issue with [a person in conflict with the TS] is being taking care of Lil Fats is on top of that as we speak," referring to the plan to kill a person known to the Grand Jury.

81. On or about August 12, 2011, a person known to the Grand Jury purchased approximately fourteen grams of crystal methamphetamine "ice" from TS prospect

**MARK ANTHONY VELA** assisted in coordinating the transaction.

82. On or about August 20, 2011, **ERVEY SANCHEZ** and **CRISTOBAL VELASQUEZ** were intercepted discussing a fight in which **VELASQUEZ** was involved the previous night. **CRISTOBAL VELASQUEZ** explained he, **SOTERO RODRIGUEZ MARTINEZ** and a person known to the

Grand Jury assaulted an unidentified male over a money issue.

83. On or about September 2, 2011, **ERVEY SANCHEZ** and **CRISTOBAL VELASQUEZ** were intercepted having a conversation wherein **VELASQUEZ** agreed to accompany **SANCHEZ** to assault a person known to the Grand Jury over money owed to **SANCHEZ**.

All in violation of Title 18, United States Code, Section 1962(d).

**COUNT TWO**

Murder in Aid of Racketeering

The Grand Jury further charges:

84. At all times relevant to this Indictment, the Texas Syndicate, as more fully described in Paragraphs One through Eighteen of Count One of this Indictment, which are re-alleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), namely the Texas Syndicate, that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

85. At all times relevant to this Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States

Code, Sections 1959(b)(1) and 1961(1), namely, multiple acts the
distribution of narcotic drug controlled substance including
cocaine, marijuana, and methamphetamine, in violation of the laws
of the United States, Sections 841(a)(1) and (b)(1)(B) and 846 of
Title 21, United States Code, and 18 U.S.C. Section 1951
(Extortion), and multiple acts indictable under the following
state offenses: Murder, chargeable under Texas Penal Code,
Section 19.02, 15.01, 15.02, 15.03, 7.01 and 7.02, Robbery,
chargeable under Texas Penal Code, Section 29.02, 29.03, 15.01,
15.02, 15.03, 7.01 and 7.02.

86.   On or about October 13, 2002, in the Western District
of Texas, as consideration for the receipt of, and as
consideration for a promise and an agreement to pay, anything of
pecuniary value from the Texas Syndicate, and for the purpose of
gaining entrance to and maintaining and increasing position in
the Texas Syndicate, an enterprise engaged in racketeering
activity,                               and others known and
unknown, murdered Rogelio Mata, in violation of Texas Penal Code,
Sections 19.02 and 15.02.

All in violation of Title 18, United States Code, Sections
1959(a)(1) and 2.

## COUNT THREE

### Conspiracy to Commit Murder in Aid of Racketeering

87.   The allegations of Paragraphs Eighty-Four and Eighty
Five are hereby re-alleged and incorporated as if fully set forth

herein.

88.  On or about December 25, 2005, in the Western District
of Texas, as consideration for the receipt of, and as
consideration for a promise and an agreement to pay, anything of
pecuniary value from the Texas Syndicate, and for the purpose of
gaining entrance to and maintaining and increasing position in
the Texas Syndicate, an enterprise engaged in racketeering
activity, **CRISTOBAL VELASQUEZ, a/k/a "Little Cris," CHUCO MARIO
MARTINEZ, a/k/a "Mariachi,"**              , and others known and
unknown, did conspire to murder Jose Guadalupe De la Garza, in
violation of Texas Penal Code, Sections 19.02 and 15.02.

All in violation of Title 18, United States Code, Section
1959(a)(5).

## COUNT FOUR

### Murder in Aid of Racketeering

89.  The allegations of Paragraphs Eighty-Four and Eighty
Five are hereby re-alleged and incorporated as if fully set forth
herein.

90.  On or about December 25, 2005, in the Western District
of Texas, as consideration for the receipt of, and as
consideration for a promise and an agreement to pay, anything of
pecuniary value from the Texas Syndicate, and for the purpose of
gaining entrance to and maintaining and increasing position in
the Texas Syndicate, an enterprise engaged in racketeering
activity, **CRISTOBAL VELASQUEZ, a/k/a "Little Cris,"** and others

known and unknown, murdered Jose Guadalupe De la Garza, in violation of Texas Penal Code, Sections 19.02 and 15.02.

All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

## COUNT FIVE

### Conspiracy to Commit Murder in Aid of Racketeering

91. The allegations of Paragraphs Eighty-Four and Eighty Five are hereby re-alleged and incorporated as if fully set forth herein.

92. On or about November 9, 2009, in the Western District of Texas, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the Texas Syndicate, and for the purpose of gaining entrance to and maintaining and increasing position in the Texas Syndicate, an enterprise engaged in racketeering activity,         **ERVEY SANCHEZ, a/k/a "Mad Max," SOTERO RODRIGUEZ MARTINEZ, a/k/a "June,"**

and others known and unknown, did conspire to murder Jesse James Polanco, in violation of Texas Penal Code, Sections 19.02 and 15.02.

All in violation of Title 18, United States Code, Section 1959(a)(5).

## COUNT SIX

### Murder in Aid of Racketeering

93. The allegations of Paragraphs Eighty-Four and Eighty

Five of Count Two are hereby re-alleged and incorporated as if fully set forth herein.

94. On or about November 9, 2009, in the Western District of Texas, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the Texas Syndicate, and for the purpose of gaining entrance to and maintaining and increasing position in the Texas Syndicate, an enterprise engaged in racketeering activity, **ERVEY SANCHEZ, a/k/a "Mad Max,"** and others known and unknown, murdered Jesse James Polanco, in violation of Texas Penal Code, Sections 19.02 and 15.02.

All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

### COUNT SEVEN

#### Conspiracy to Commit Murder in Aid of Racketeering

95. The allegations of Paragraphs Eighty-Four and Eighty Five of Count Two are hereby re-alleged and incorporated as if fully set forth herein.

96. On or about August 14, 2010, in the Western District of Texas, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the Texas Syndicate, and for the purpose of gaining entrance to and maintaining and increasing position in the Texas Syndicate, an enterprise engaged in racketeering activity, **LARRY MUNOZ, JR., a/k/a "Little Larry," GEORGE SANCHEZ, a/k/a**

"Curious," SOTERO RODRIGUEZ MARTINEZ, a/k/a "June,"

BRIAN ESPARZA, a/k/a "Tata," CHARLES

ESPARZA, a/k/a "Horse," INEZ MATA, a/k/a "Bebito," and others

known and unknown, did conspire to murder Ramon Rodriguez, in

violation of Texas Penal Code, Sections 19.02 and 15.02.

All in violation of Title 18, United States Code, Section

1959(a)(5).

A TRUE BILL.

FOREPERSON

JOHN E. MURPHY
United States Attorney

By: *Erica B. Giese*
ERICA BENITES GIESE
Assistant United States Attorney

15-51164.4669

**Record Excerpt 3**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**

JUL 1 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,        §
§
            Plaintiff,           §
§
v.                               §        CAUSE NO. DR-11-CR-1781(3)-AM
§
CRISTOBAL VELASQUEZ,             §
§
            Defendant.           §

## VERDICT

### COUNT ONE

As to Count One of the Indictment, conspiracy to conduct the affairs of an enterprise through a pattern of racketeering, we the jurors find the defendant, **CRISTOBAL VELASQUEZ,**

*Guilty*
[Guilty or Not Guilty]

If you have found the defendant, Cristobal Velasquez, guilty of Count One, then answer the following interrogatory.

### First Jury Interrogatory for Count One

We the jury unanimously agree by proof beyond a reasonable doubt, that the following racketeering acts apply to the defendant, Cristobal Velasquez, with respect to the offense charged in Count One (the jury must all agree to at least two acts, but may agree to more):

(a) Robbery? ✓ Yes _____ No

(b) Aggravated robbery? ✓ Yes _____ No

(c) Murder? ✓ Yes _____ No

(d) Conspiracy to commit murder? __✓__ Yes _____ No

(e) Solicitation of murder? __✓__ Yes _____ No?

(f) Conspiracy to distribute controlled substances? __✓__ Yes _____ No

(g) Distribution of controlled substances? __✓__ Yes _____ No

(h) Interference with interstate or foreign commerce through extortion? __✓__ Yes _____ No

## COUNT THREE

As to Count Three of the Indictment, conspiracy to commit murder in aid of racketeering;

namely, conspiracy to murder Jose Guadalupe De La Garza, we the jurors find the defendant,

CRISTOBAL VELASQUEZ, _Guilty_____
[Guilty or Not Guilty]

## COUNT FOUR

As to Count Four of the Indictment, murder in aid of racketeering; namely, murder of

Jose Guadalupe De La Garza, we the jurors find the defendant, CRISTOBAL VELASQUEZ,

_Guilty_____
[Guilty or Not Guilty]

July 1, 2013
Date

**Record Excerpt 4**

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

**FILED**

# UNITED STATES DISTRICT COURT
## Western District of Texas
### DEL RIO DIVISION

DEC 09 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES OF AMERICA

v.

CRISTOBAL VELASQUEZ
a/k/a "Little Cris"
    Defendant

Case Number   DR-11-CR-1781 (03) AM
USM Number   83734-280

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, CRISTOBAL VELASQUEZ, was represented by Gary A. Villarreal.

The defendant was found guilty on Count(s) One, Three and Four by a jury verdict on July 1, 2013  after a plea of not guilty.  Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
|---|---|---|---|
| 18: U.S.C. § 1962 | Conspiracy to Conduct the Affairs of an Enterprise Through a Pattern of Racketeering Activity | On or about January 1, 2002 and continued through the date of this Indictment | One and Four |
| 18: U.S.C. § 1959 | Conspiracy to Commit Murder in Aid of Racketeering | December 25, 2005 | Three |

As pronounced on November 30, 2015, the defendant is sentenced as provided in pages 2 through 8 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the _____ day of December, 2015.

_____
ALIA MOSES
United States District Judge

Arresting Agency:  FBI

AO 245 B (Rev. 06/05)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant:  CRISTOBAL VELASQUEZ
Case Number:  DR-11-CR-1781 (03) AM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Life  on each of Counts One and Four to be served concurrently, with credit for time served when in Federal Custody, pursuant to 18 U.S.C. § 3584(a).

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 120 months on  Count Three to be served concurrently, with credit for time served when in Federal Custody, pursuant to 18 U.S.C. § 3584(a).

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be incarcerated in a federal facility as close to Uvalde, Texas as possible.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

15-51164.4619

AO 245 B (Rev. 06/05)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant:  CRISTOBAL VELASQUEZ
Case Number:  DR-11-CR-1781 (03) AM

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of Five (5) years on each of Counts One and Four to be served concurrently.

Upon release from imprisonment, the defendant shall be on supervised release for a term of Three (3) years on Count Three to be served concurrently.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 4

Defendant:  CRISTOBAL VELASQUEZ
Case Number:  DR-11-CR-1781 (03) AM

### CONDITIONS OF SUPERVISION

**Mandatory Conditions:**

1)   The defendant shall not commit another federal, state, or local crime during the term of supervision.

2)   The defendant shall not unlawfully possess a controlled substance.

3)   The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

4)   In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

5)   If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6)   The defendant shall cooperate in the collection of DNA as directed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

7)   If convicted of a sexual offense and required to register under the Sex Offender and Registration Act, that the defendant comply with the requirements of the Act.

8)   If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

9)   If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

**Standard Conditions:**

1)   The defendant shall not leave the judicial district without permission of the court or probation officer.

2)   The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3)   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4)   The defendant shall support his or her dependents and meet other family obligations, and shall comply with the terms of any court order or order of an administrative process requiring payments by the defendant for the support and maintenance of a child or of a child and the parent with whom the child is living.

5)   The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

6)   The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

7)   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8)   The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9)   The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10)   The defendant shall permit a probation officer to visit him or her at any time, at home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer.

11)   The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15-51164.4621

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 5

Defendant:  CRISTOBAL VELASQUEZ
Case Number:  DR-11-CR-1781 (03) AM

12)  The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13)  As directed by the probation officer, the defendant shall notify third parties of risks that my be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications, and to confirm the defendant's compliance with such notification requirement.

14)  If convicted of a sex offense as described in the Sex Offender Registration and Notification Act or has a prior conviction of a State or local offense that would have been an offense as described in the Sex Offender Registration and Notification Act if a circumstance giving rise to federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer.  The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release.  The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15)  The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol.  During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants.  The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16)  The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer.  The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17)  The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer, and if deemed necessary by the probation officer.  Such program may include group sessions led by a counselor or participation in a program administered by the probation office.  The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

18)  The defendant shall participate in workforce development programs and services as directed by the probation officer, and if deemed necessary by the probation officer, which include occupational/career development, including but not limited to assessment and testing, education, instruction, training classes, career guidance, job search and retention services until successfully discharged from the program.  The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

19)  If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release.  The defendant shall not illegally reenter the United States.  If the defendant lawfully reenters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

20)  If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

21)  If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

22)  If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

**Record Excerpt 5**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. DR:11-CR-01781(3) |
| | § | |
| CRISTOBAL VELASQUEZ | § | |

## NOTICE OF APPEAL

CRISTOBAL VELASQUEZ , Defendant and appellant, by his undersigned attorney, hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from the final judgement of conviction and sentence entered by the Honorable Judge Alia Moses, United States District Court in the case. Sentence was held and pronounced on November 30, 2015.

DATED this 8th day of December, 2015

Respectfully submitted,

 /s/ Gary A. Villarreal
Gary A. Villarreal
Attorney at Law
735. W. Hollywood
San Antonio, Texas 78212
(210) 584–1304 FAX (877) 221-8136
TBN: 24051706
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of December, 2015. I electronically filed the

foregoing motion with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:


Patrick Paul Burke
Assistant U.S. Attorney,
111 E. Broadway, Suite 300
U.S. Courthouse, Del Rio, Texas 78840


                            /s/ Gary A. Villarreal
                            Gary A. Villarreal
                            *Attorney for Defendant*